**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors. [1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND
PROFITABILITY OF ENTITIES IN WHICH THE DEBTORS
<u>HOLD A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the periodic report (this "<u>Periodic Report</u>") as of November 29, 2020, on the value, operations, and profitability of the entities in which the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hold a substantial or controlling interest (the "<u>Controlled Non-Debtor Entities</u>"), as required by Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

Debtor BC Hospitality Group LLC ("<u>BCHG LLC</u>") holds a substantial or controlling interest in the following Controlled Non-Debtor Entities:

| Name of Entity | Interest of BCHG LLC |
|---|---|
| BC Showfields LLC | 100% |
| BC Frozen Desserts LLC | 100% |

This Periodic Report contains reports on the value, operations, and profitability of the entities listed above, as required by Bankruptcy Rule 2015.3, to the extent available.

This Periodic Report consists of the following five exhibits:

| Exhibit A | a balance sheet, a statement of income (loss), and a consolidated cash flow statement for the Controlled Non-Debtor Entities |
|---|---|
| Exhibit B | a description of each Controlled Non-Debtor Entity's business operations |
| Exhibit C | a description of claims, if any, between each Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

| Exhibit D | a description of how taxes are allocated among the Controlled Non-Debtor Entities and the Debtors |
| Exhibit E | a description of payment, if any, by the Controlled Non-Debtor Entities of any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors |

The undersigned, having reviewed the Periodic Report for the Controlled Non-Debtor Entities, and being familiar with the Debtors' financial affairs, verifies under penalty of perjury that the Periodic Report is complete, accurate, and truthful to the best of his knowledge.

Date: December 31, 2020

/s/ *David Selinger*
David Selinger
Secretary and Head of Real Estate and
Development

## EXHIBIT A

**Financial Statements**

Exhibit A-1:  Balance Sheet

**BC Showfields LLC & BC Frozen Desserts LLC**
**Balance Sheets**
**November 29 2020**

| by Chloe | BC Showfields LLC | BC Frozen Desserts LLC |
|---|---:|---:|
| **ASSETS** | | |
| **Cash** | | |
| Signature CC | $ 79 | $ 7,500 |
| Deposit in Transit | - | - |
| Chase | - | - |
| Petty Cash | - | - |
| **Total Cash** | $ 79 | $ 7,500 |
| | | |
| Credit Card Receivable | $ - | $ - |
| Due from Level UP/Arcade/NYU/Brandibble | - | - |
| **Total POS Receivables** | $ - | $ - |
| | | |
| **Due from/(to) Intercompany** | | |
| Due from/(to) BC Hospitality Group LLC | (3,718) | |
| **Total Due from/(to) Intercompany** | $ (3,718) | $ - |
| | | |
| **Company Receivable - Owned Restaurants** | | |
| **Total Company Receivable - Owned Restaurants** | $ - | $ - |
| | | |
| **Loans/Advances** | | |
| **Total Due from/(to) Intercompany** | $ - | $ - |
| | | |
| **BC Hospitality Group LLC Loans to Subsidiaries** | | |
| **Total BC Hospitality Group LLC Loans to Subsidiaries** | $ - | $ - |
| | | |
| **Investments in Relates Entities** | | |
| **Total Investments in Related Entities** | $ - | $ - |
| | | |
| **Inventory** | | |
| **Total Inventory** | $ - | $ - |
| | | |
| **Fixed Assets** | | |
| Furniture & Fixtures | - | 3,869 |
| Kitchen Equipment | - | 104,510 |
| Leasehold Improvements | - | 178,567 |
| Accumulated Depreciation | - | (106,480) |
| **Total Fixed Assets** | $ - | $ 180,466 |
| | | |
| **Other Assets** | | |
| Goodwill | $ - | $ 8,250 |
| Intangible Ice Cream Recipes | - | 35,000 |
| Accumulated Amortization-Ice Cream Recipes | - | (28,417) |
| **Total Other Assets** | $ - | $ 14,833 |
| | | |
| **TOTAL ASSETS** | $ (3,638) | $ 202,800 |
| | | |
| **LIABILITIES & EQUITY** | | |
| | | |
| **Accounts Payable** | | |
| Accounts Payable | $ - | $ - |
| Accounts Payable Construction | - | - |
| **Total Accounts Payable** | $ - | $ - |
| | | |
| **Other Current Liabilities** | | |
| Accrued Payroll | $ - | $ 360 |
| **Total Other Current Liabilities** | $ - | $ 360 |
| | | |
| **Total Current Liabilities** | $ - | $ 360 |
| | | |
| **Long Term Liabilities** | | |
| **Total Long Term Liabilities** | $ - | $ - |
| | | |
| **Members Equity** | | |
| BC Hospitality Group LLC - Contributions | 112,851 | 930,536 |
| BC Hospitality Group LLC - Distributions | (1,093) | (60,000) |
| **Total Members Equity** | $ 111,759 | $ 870,536 |
| | | |
| **Equity - BCHG Inc.** | | |
| **Total Equity - BCHG Inc.** | $ - | $ - |
| | | |
| **Equity** | | |
| Retained Earnings | (115,397) | (624,935) |
| YTD Income | - | (43,161) |
| | | |
| **Total Equity** | $ (3,638) | $ 202,439 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | $ (3,638) | $ 202,800 |

Exhibit A-2: Statement of Income (Loss)

**BC Showfields LLC & BC Frozen Desserts LLC**
**Statement of Profit & Loss**
**Year to Date**
**12/30/2019 to 11/29/2020**

| by Chloe | BC Showfields LLC | BC Frozen Desserts LLC |
|---|---|---|
| | $ | $ |
| **Sales** | | |
| Food | $ - | $ 168 |
| Beverage | - | - |
| Juice | - | - |
| Merchandise | - | - |
| **Net POS Sales** | $ - | $ 168 |
| | | |
| # of Tickets / Avg Daily Tickets | | |
| Average Ticket | | |
| Event Income | - | - |
| | | |
| **Total POS Sales** | $ - | $ 168 |
| | | |
| Intercompany Sales | - | 118 |
| **Total Intercompany Sales** | - | 118 |
| **Total Sales** | $ - | $ 285 |
| | | |
| Avg Weekly Sales | - | 34 |
| | | |
| **Cost of Sales (COGS)** | | |
| Food Costs | $ - | $ 7,196 |
| **Total Cost of Sales (COGS)** | $ - | $ 7,196 |
| | | |
| **Gross Profit** | $ - | $ (6,910) |
| | | |
| **Payroll Expenses** | | |
| **Total Payroll Expenses** | $ - | $ - |
| | | |
| **General and Administrative Expenses** | | |
| Computer Services | - | 110 |
| **Total General and Administrative Expenses** | $ - | $ 110 |
| | | |
| **Total Operating Expenses** | $ - | $ 110 |
| | | |
| **Net Income Before Occupancy, Depreciation, Amortization & Taxes** | $ - | $ (7,020) |
| | | |
| **Total Occupancy Expenses** | $ - | $ - |
| | | |
| **Pre-Opening Expenses** | | |
| | | |
| **Net Income Before Interest, Depreciation, Amortization & Taxes** | $ - | $ (7,020) |
| | | |
| **Other (Income) and Expenses** | | |
| Depreciation & Amortization | - | 36,141 |
| **Total Other (Income) and Expenses** | $ - | $ 36,141 |
| | | |
| **(Gain) Loss** | | |
| Repurchase of Class B Membership Interests | $ - | $ - |
| Disposition of Assets | - | |
| | | |
| **Net Income (Loss)** | $ - | $ (43,161) |
| | | |
| | | |
| **Rent Expense Components:** | | |
| Paid Rent | $ - | $ - |
| Accrued Rent | - | - |
| Deferred Rent | - | - |
| **Total Rent Expense** | $ - | $ - |

Exhibit A-3: Statement of Cash Flows

**BC Showfields LLC & BC Frozen Desserts LLC**
**Statement of Cash Flows**
**Year To Date**
**12/30/2019 to 11/29/2020**

| by Chloe | BC Showfields LLC | BC Frozen Desserts LLC |
|---|---|---|
| **Net Income (Loss)** | $            - | $        (43,161) |
| | | |
| **Adjustments to reconcile Net Income (Loss) to net cash provided by (used in) operations** | | |
| | | |
| Depreciation & Amortization | - | 36,141 |
| Credit Card Receivables | - | - |
| Accounts Receivable - Other Tenders | - | - |
| Gift Card Receivables | - | - |
| Intercompany Receivables | - | 2,431 |
| BLT Related Receivables | - | - |
| Due to/from Esquared Hospitality LLC | - | - |
| Inventory | - | 7,164 |
| Prepaid Expenses | - | - |
| Accounts Payable | - | (338) |
| Construction Payable | - | - |
| Accrued Payroll and Related Liabilities | - | - |
| COVID-19 Relief Fund Payable | - | - |
| Deferred Rent | - | - |
| Deferred Revenue - License Fees | - | - |
| Tenant Improvement Allowance | - | - |
| Accrued Expense | - | - |
| Sales Tax Pay | - | - |
| State Tax Payable | - | - |
| **Net Cash Provided by (Used in) Operating Activities** | $            - | $          2,237 |
| | | |
| **Investing Activities** | | |
| Investment In Subsidiaries | - | - |
| Construction in Progress | - | - |
| Computer Equipment | - | - |
| Computer Software | - | - |
| Furniture & Fixtures | - | - |
| Kitchen Equipment | - | - |
| Intangible Ice Cream Recipes | - | - |
| Leasehold Improvements | - | - |
| Liquor License | - | - |
| Security Dep | - | - |
| Vehicles | - | - |
| **Cash Flow From Investing Activities** | $            - | $              - |
| | | |
| **Financing Activities** | | |
| BC Hospitality Group LLC - Contributions | 20 | - |
| BC Hospitality Group LLC - Distributions | - | (5,000) |
| BCHG Inc. - Distributions | - | - |
| Class B Membership Interests | - | - |
| E2 Contributed Capital - Interest | - | - |
| Costs of Raising Capital | - | - |
| Capital Contribution - BCHG Inc. | - | - |
| Note Payable - Isuzu Finance | - | - |
| Note Payable - Blue Ridge Bank (PPP) | - | - |
| Loan Payable - ESquared Hospitality | - | - |
| **Cash Flow From Financing Activities** | $          20 | $        (5,000) |
| | | |
| Net (Decrease) Increase in Cash for the Period | $          20 | $        (2,763) |
| | | |
| **Cash, Beginning** | $          60 | $        10,262 |
| | | |
| **Cash, Ending** | $          79 | $          7,500 |

Exhibit A-4: Statement of Changes in Equity

The Debtors do not prepare any such statement on a stand-alone basis for any non-Debtor.  The Members Equity section on the balance sheet attached to this Periodic Report includes details pertaining to the contributions and distributions in the members' equity.

**<u>EXHIBIT B</u>**

**Description of Operations for the Controlled Non-Debtor Entities**

BC Showfields LLC ("<u>BC Showfields</u>") and BC Frozen Desserts LLC ("<u>BC Frozen Desserts</u>") are both dormant entities with no operations.

Prior to becoming dormant, the Controlled Non-Debtor Entities had the following operations:

BC Showfields operated a pop-up concept called Thrills by CHLOE.  It was open for approximately three months but was permanently closed due to poor business performance.

BC Frozen Desserts operated a small vegan ice cream company out of Debtor BC Commissary NJ LLC ("<u>BC Commissary</u>") and produced the ice cream sold in the Debtors' stores.  BC Frozen Desserts' operations were consolidated into BC Commissary's operations and the ice cream line was eventually discontinued due to low sales volume.

## **EXHIBIT C**

### **Description of Intercompany Claims**

There are no intercompany claims between the Controlled Non-Debtor Entities.

## **EXHIBIT D**

## **Allocation of Tax Liabilities and Assets**

The Controlled Non-Debtor Entities are treated as tax pass-throughs. Their results are reflected on the tax returns of BC Hospitality Group Inc. ("BCHG"), along with the Debtors, and their tax returns are filed in a grouped manner with the Debtors under the BCHG umbrella.

## EXHIBIT E

**Description of Controlled Non-Debtor Entity's Payments of Administrative Expenses or Professional Fees Otherwise Payable by the Debtors**

The Controlled Non-Debtor Entities have not made any payment of claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.