# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 36 & 102** |

### NOTICE OF ENTRY OF ORDER (I) APPROVING THE BIDDING PROCEDURES, (II) SCHEDULING THE BID DEADLINE AND THE AUCTION, (III) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on December 14, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 15, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [D.I. 36] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 7, 2021, the Bankruptcy Court entered an order (the "Bidding Procedures Order") [D.I. 102] authorizing and approving the bidding procedures (the "Bidding Procedures") attached as **Exhibit 1** to the Bidding Procedures Order. In accordance with the Bidding Procedures Order, the Debtors have commenced a marketing process for plan sponsors or purchasers to facilitate the Debtors' emergence from these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bidding Procedures Motion.

27568053.3

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file a chapter 11 plan (the "Plan") in the next few weeks that will include a toggle feature, resulting in either: (a) an asset sale restructuring, which will allow the Debtors to enter into a sale transaction for the sale or disposition the Debtors' assets; or (b) an equitization restructuring, which is a reorganization that will provide for the implementation of the terms of an acceptable plan sponsor investment in the form of an equity investment. The Bidding Procedures and the Plan provide for substantial flexibility with respect to the structure of any transaction and the terms of the Plan may be revised to the extent necessary.

**PLEASE TAKE FURTHER NOTICE THAT**, among other things, the Bidding Procedures Order approved the following significant dates in connection with the Debtors' sale process:

- The deadline to make a proposal, solicitation, or offer (a "Bid") to purchase the Debtors' assets or equity is **February 25, 2021 at 4:00 p.m. (ET)**. Any party that desires to make a Bid should contact the following parties: (1) Ankura Capital Advisors, 485 Lexington Avenue, 10th Floor, New York, New York 10017 (Attn: Michael Mortell (michael.mortell@ankura.com) and Karl D'Cunha (karl.dcunha@ankura.com)); and (2) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street Wilmington, Delaware 19801 (Attn: M. Blake Cleary (mbcleary@ycst.com) and Elizabeth S. Justison (ejustison@ycst.com)).

- On **March 1, 2021 at 10:00 a.m. (ET)**, the Debtors will conduct the Auction either via videoconference or at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801. The Auction may be adjourned to such later date and time or location as selected by the Debtors, in consultation with the Consultation Parties.

- The Bankruptcy Court will conduct a hearing to consider approval of the Winning Bidder and/or confirmation of the Plan on **March 4, 2021 at 10:00 a.m. (ET)**.

All interested parties should carefully read the Bidding Procedures Order and the Bidding Procedures. Copies of the Bidding Procedures Motion, the Bidding Procedures Order, and the Bidding Procedures are available on the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, at https://dm.epiq11.com/bychloe.

| | |
|---|---|
| Dated: January 7, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>           ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |