**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al*.,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 69** |

**SUPPLEMENTAL DECLARATION OF ROBERT J. FREZZA IN SUPPORT OF
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE EMPLOYMENT AND RETENTION OF ANKURA CONSULTING GROUP,
LLC AS THEIR FINANCIAL AND RESTRUCTURING ADVISOR AND ASSET
SALE ADVISOR EFFECTIVE AS OF THE PETITION DATE; AND
<u>(II) GRANTING RELATED RELIEF</u>**

I, Robert J. Frezza, declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Ankura Consulting Group, LLC ("<u>Ankura</u>"), an advisory and consulting firm, with an office located at 485 Lexington Avenue, 10th Floor, New York, New York 10017. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this supplemental declaration (this "<u>Supplemental Declaration</u>") to supplement my initial declaration (the "<u>Initial Declaration</u>"), submitted as <u>Exhibit A</u> to the *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

27602349.5

*Ankura Consulting Group, LLC as Their Financial and Restructuring Advisor and Asset Sale Advisor Effective as of the Petition Date; and (II) Granting Related Relief* [Docket No. 69] (the "Application"),[2] and to address certain comments provided by the Office of the United States Trustee for the District of Delaware.

3. In connection with the preparation of the Initial Declaration, Ankura conducted a review of the list of potential parties in interest in these chapter 11 cases (the "Parties in Interest List") that was provided by the Debtors. The Parties in Interest List is attached hereto as **Schedule 1**.

4. Ankura is affiliated with certain other Ankura-branded entities, including its affiliates, subsidiaries, and parent entities, which entities are managed by the same executive team (such entities the "Ankura Entities"). In connection with the preparation of the Initial Declaration, Ankura submitted the Parties-In-Interest List for review in the computerized database system maintained by the Ankura Entities. The computerized database system maintained by the Ankura Entities is designed to include every matter on which each of the Ankura Entities is now or has been engaged, as well as the names of the firm's current vendors.[3] Additionally, an email communication was sent to all senior personnel at Ankura as well all of Ankura's Turnaround & Restructuring Team requesting their disclosure of any connection to the Debtor entities.

5. Ankura's Conflicts and Intake team reviewed the results produced by the computerized database and, where entities on the Parties-in-Interest List appeared in such database, the team reviewed those entities to determine the relationship Ankura has with such

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in Application.
[3] For companies and businesses acquired by Ankura, Ankura's computerized database system captures engagements that were active at the time of such acquisition, as well as any post-acquisition engagements.

27602349.5

entities, as provided in the Application. Based on this review, Ankura's Conflicts and Intake team determined that Ankura does not have connections to entities on the Parties-in-Interest List related to the chapter 11 cases. As set forth in the Initial Declaration, Ankura and its personnel may have relationships personally or in the ordinary course of business with certain vendors, professionals, and other parties in interest that may be involved in the Debtors' chapter 11 cases; such relationships are unrelated to these chapter 11 cases and do not adversely affect the Debtors. These relationships are set forth on **Schedule 2**.

6.  To the best of Ankura's knowledge, Ankura remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and neither holds nor represents any interest adverse to the Debtors or their estates.

7.  It remains to the best of my knowledge that neither Ankura nor any of its professional personnel hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Ankura is to be engaged. To the extent that Ankura becomes aware of any additional relationships and/or connections that may be relevant to Ankura's representation of the Debtors, an additional supplemental declaration will be filed.

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2021                    */s/ Robert J. Frezza*
                                                                                    Name: Robert J. Frezza
                                                                                   Title: Senior Managing Director

**Schedule 1**
**Parties in Interest**

| Party | | | |
|---|---|---|---|
| 241 Bedford Associates, LLC | Chloe Coscarelli | Hon. Laurie Selber Silverstein | Raven Enterprises, LP |
| 44 Communications | Christine Green | Hon. Mary F. Walrath | RCPI Landmark Properties, LLC |
| Abdullah Raza | Chubb Group of Insurance Companies | International Catastrophe Insurance Managers, LLC | Recycle Track Systems NJ LLC |
| Action Environmental Services | City of Boston | Ira Weissman, Trustee | Redan Advisors LLC |
| Active Staffing Services | City of Boston – Office of the Collector-Treasurer | Iwona Weissman, Trustee | Redbridge Bedford, LLC |
| American Arbitration Association | City of Providence, Rhode Island | Izuzu Finance of America, Inc. | Rhode Island Division of Taxation |
| American Express Company | City of Providence, RI Personal Property Tax | James Haber | Richard L. Schepacarter |
| Andrew Vara | CKC Sales, LLC | James R. O'Malley | Ritual Technologies (U.S.) Inc. |
| Ankura Consulting Group, LLC | Clarity Benefit Solutions | Jami D. Nimeroff | Roberta Latanza |
| Ariba Oil (Gas) | Clean Air Group | Jane Leamy | Robinson + Cole LLP |
| B. Bros Broadway Realty, LLC | CohnReznick LLP | Jeffrey Heck | Rosa Sierra |
| Bain Capital Double Impact Fund, LP | Collab+Consumer I, L.P. | Jimmy Haber (a/k/a James Haber) | Rose Blackham, Trustee |
| Bain Capital Double Impact, LP | Comcast | Juliet Sarkessian | Rosini Engineering, PC |
| Baltz + Company | Compeat, Inc. | Karen Starr | Samantha Wasser |
| Bank Direct Capital Finance | Con Edison | Keter Environmental Services | Samantha Wasser (f/k/a Samantha Haber) |
| Bank of America, N.A. | Cozzini Bros. | KF-Chloe, LLC | Sandra Inchauste Comboni |
| BC 1385 Broadway LLC | Cross-Fire & Security Co. Inc. | Kitchen Fund LP | Sentinel Insurance Company Ltd. |
| BC 630 Lexington LLC | CW SSS LLC | Kitchen Fund, LP | Shakima L. Dortch |
| BC Back Bay LLC | Dairyland USA Corp. | Larry H. Ginsberg, Trustee | Sharebite Inc. |
| BC Century City LLC | Danizger, Danzinger & Muro LLP | Lauren Attix | ShelterPoint Life Insurance Company |
| BC Commissary NJ LLC | David Buchbinder | Lester C. Smull | Signature Bank |
| BC Frozen Desserts LLC | David Selinger | Linda Casey | Small Family Trust |
| BC Hospitality Group Inc. | Denis Cooke | Linda Richenderfer | South Street Seaport Limited Partnership |
| BC Hospitality Group LLC | Diane Giordano | Lion/BC LLC | Spectrotel |
| BC International LLC | Dion Wynn | Lloyd's America, Inc. | Square Inc., dba Caviar |
| BC Providence LLC | DLR Group | Lloyds of London | Susan M. Reeves, Trustee |
| BC Showfields LLC | DoorDash | Los Angeles County Tax Collector | Sysco Boston |
| BC Silver Lake LLC | E2 185 Bleecker LLC | Marilyn Beresford, Trustee | Sysco Metro New York |
| BC Union Square LLC | E2 60 West 22nd Street LLC | Massachusetts Department of Revenue | Sysco Metro, LLC |
| BC West Hollywood LLC | E2 Lafayette LLC | Matthew Adam Properties, Inc. | T. Patrick Tinker |
| BC Williamsburg LLC | E2 Seaport LLC | Matthew Adams Properties | Thanx, Inc. |
| BCIP Double Impact Associates, L.P. | Ecolab Inc | MealPal Inc. | The Cowgill Family Limited Partnership |
| BCRC LLC | Eden Wood Realty, LLC | Michael Panacio | The Customer Connection |
| Benjamin Hackman | Edith A. Serrano | Michael West | The Hartford |
| Berbern Realty Corp. | Elias B. Cohen & Associate Assurance Agency LLC | Mrs. Gooch's Natural Food Markets, Inc. | The Ira Weissman First 2006 Revocable Trust |
| Beresford Family Trust | Epiq Corporate Restructuring, LLC | Nancy R. Mayer, Trustee | Time Warner Cable (Spectrum) |
| BHB Pest Elimination | ESquared Hospitality Group LLC | National Grid | Timothy J. Fox, Jr. |
| BLT Restaurant Group LLC | ESquared Hospitality LLC | New York Connect | Toast (f/k/a Stratex) |
| Blue Ridge Bank, N.A. | Estate of Anna Inchauste | New York Connect Net | Traveler's Indemnity Company |
| Bordeliw Inc. | Evanston Insurance Company | New York State Tax Department | Travelers Indemnity Company R-T Specialty, LLC |
| Boston Properties | Eversource | Nyanquoi Jones | Trinity Hudson Holdings, LLC |
| Boyleston West LLC | EzCater | NYC Department of Finance | Trumbull Insurance Company |
| BP 399 Park Avenue LLC | Federal Insurance Company | NYS Tax Department | Trust for the Benefit of Peter J. Mayer |
| BRE Boylston Owner LLC | Filco Carting Corp. | Open Tender (f/k/a Branddibble) | Trust for the Benefit of Susan M. Reeves |
| BRE Boylston Street | ForUsAll | Oxford United Healthcare | Union Square-Broadway Associates, LLC |
| Bruce A. Cowgill, Trustee | GFP Real Estate LLC | Patrick J. Bartels, Jr. | US Advisors Org LLC |
| Bureau of Internet Accessibility | Gilberto Varela Roman | Patrik Hellstrand | US Legal Support Inc. |
| by CHLOE. | Goodwin Proctor, LLP | Permit Advisors | Verizon Business |
| California Department of Tax and Fee Administration | GrubHub | Peter J. Mayer, Trustee | W.B. Mason Co., Inc. |
| CardConnect | Hannah M. McCollum | Philadelphia Insurance Companies | Waste Management |
| Carol Baker c/o Stanley Reitman | Hartford Fire Insurance Co. | Pilot Fiber, Inc. | WB Mason |
| CC Hospitality Holdings LLC | High-Tech Systems | Portier, LLC (d/b/a UberEATS) | WE Hospitality DMCC |
| CCSW Fenway LLC | Hines Trinity Hudson Holdings | Postmates | West Hollywood Development Co., LLC |
| CCSW International LLC | Holland & Hart | PRO-TEK of NY, INC. | WGW Associates LLC |
| CCSW LLC | Holly Dice | Pryor Cashman, LLP | Whole Foods Market, Inc. |
| Century City Mall, LLC | Hon. Brendan Linehan Shannon | PSE&G Co. | Willkie Farr & Gallagher LLP |
| CFA Management Inc. | Hon. Christopher S. Sontchi | Qoot International DMCC | WS Seaport L-1, LLC |
| Chef Chloe LLC | Hon. John T. Dorsey | Qoot International UK Limited | Young Conaway Stargatt & Taylor, LLP |
| Chief Fire Protection & Mechanical | Hon. Karen B. Owens | Ramona Vinson | |

## Schedule 2
## Firm Relationships

| Entity | Current Client | Past Client | Vendor | Professional Services Provider | Prof Srvc - Nature of Relationship |
|---|---|---|---|---|---|
| **FIRM RELATIONSHIP** | | | | | |
| American Arbitration Association | | x | | | |
| American Express Company | x | x | x | | |
| Bank Direct Capital Finance | | x | x | | |
| Bank of America, N.A. | x | x | x | x | corporate credit cards, banking, and cash operations |
| CardConnect | | x | | | |
| Chubb Group of Insurance Companies | x | x | x | | |
| CohnReznick LLP | | | x | | |
| Comcast | | | x | | |
| Con Edison | | x | | | |
| Eversource | | X (Eversource Energy) | | | |
| Goodwin Proctor, LLP | x | | | | |
| GrubHub | | | x | | |
| Holland & Hart | x | x | | | |
| Los Angeles County Tax Collector | | | x | | |
| National Grid | | x | | | |
| NYC Department of Finance | | | x | | |
| Philadelphia Insurance Companies | x | | | | |
| Rhode Island Division of Taxation | | | x | | |
| Robinson + Cole LLP | x | x | | | |
| Spectrotel | | | x | | |
| The Hartford | | x | X (Hartford) | | |
| Time Warner Cable (Spectrum) | x | | x | | |
| Traveler's Indemnity Company | x | | | | |
| W.B. Mason Co., Inc. | | | x | | |
| Waste Management | | | x | | |
| Willkie Farr & Gallagher LLP | x | x | x | | |
| Young Conaway Stargatt & Taylor, LLP | x | x | | | |