**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors. [1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Confirmation Hearing Date: March 4, 2021 at 10:00 a.m. (ET)**<br><br>**Plan Objection Deadline:  February 25, 2021 at 4:00 p.m. (ET)** |

**NOTICE OF (I) HEARING TO CONSIDER**
**CONFIRMATION OF THE JOINT CHAPTER 11 PLAN**
**OF BC HOSPITALITY GROUP INC. AND ITS DEBTOR AFFILLIATES AND**
**(II) RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE** that on January 22, 2021, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 174] (the "Solicitation Procedures Order"):[2] (a) approving the solicitation and voting procedures with respect to the proposed *Joint Chapter 11 Plan of BC Hospitality Group Inc. and Its Debtor Affiliates* [D.I. 169] (as may be amended, modified, or supplemented from time to time, the "Plan"); (b) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Package"); and (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider confirmation of the Plan (the "Confirmation Hearing") will be held on **March 4, 2021 at 10:00 a.m. prevailing Eastern Time** before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, via Zoom or at the Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Solicitation Procedures Order.

> **PLEASE BE ADVISED**: THE CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE DEBTORS **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

## CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date**.  The voting record date is **January 25, 2021** (the "Voting Record Date"), which is the date for determining which Holders of Claims in Class 3 are entitled to vote on the Plan.

**Voting Deadline**.  The deadline for voting on the Plan is on **February 25, 2021 at 4:00 p.m. prevailing Eastern Time** (the "Voting Deadline"), unless otherwise extended in accordance with the Solicitation Procedures Order.  If you received a Solicitation Package, including a Ballot, and intend to vote on the Plan, you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the Ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' voting and solicitation agent, Epiq Corporate Restructuring, LLC (the "Voting Agent"), on or before the Voting Deadline.  **A failure to follow such instructions may disqualify your vote**.  Please be advised that voting on the Plan does not prohibit you from objecting to specific provisions in the Plan in accordance with the procedures set forth below.  Please be further advised that, to the extent the Voting Deadline is extended in accordance with the Solicitation Procedures Order, the Debtors shall file a notice of such extension on the Court's docket.

**Auction Results**.  The Auction in connection with the Debtors' sale process is scheduled for March 1, 2021 at 10:00 a.m. (ET).  Following the conclusion of the Auction, the Debtors will post a notice of the Successful Bidder on the website of their Voting Agent at https://dm.epiq11.com/case/bychloe.  The notice will include important details regarding the identity of the Successful Bidder and the amount of the Successful Bidder's bid.  **Please be advised that, depending on the results of the Auction, there may be no recovery to Holders of General Unsecured Claims in Class 3**.

## CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

> **ARTICLE X** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS.  PLEASE BE ADVISED THAT, IF CONFIRMED, THE PLAN CONTEMPLATES THAT CERTAIN THIRD PARTIES WILL BE DEEMED TO HAVE CONSENTED TO THE RELEASE PROVISIONS IF THEY DO NOT OPT OUT OF SUCH RELEASES OR OBJECT TO THE PLAN.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

27628519.1

**Plan Objection Deadline**.  The deadline for filing objections to the Plan is **February 25, 2021 at 4:00 p.m. prevailing Eastern Time** (the "Plan Objection Deadline").  All objections to the relief sought at the Confirmation Hearing **must**: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state with particularity the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; **and** (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually** **received** on or before the Plan Objection Deadline: (a) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: M. Blake Cleary (mbcleary@ycst.com) and Elizabeth S. Justison (ejustison@ycst.com)); (b) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801 (Attn: Rosa Sierra (rosa.sierra@usdoj.gov)); (c) counsel to the Debtors' post-petition lenders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6066 (Attn: Andrew S. Mordkoff (amordkoff@willkie.com)); and (d) the Subchapter V Trustee, Jami B. Nimeroff, Esq., Brown McGarry Nimeroff LLC, Two Penn Center, Suite 610, 1500 John F. Kennedy Boulevard, Philadelphia, PA 19102 (jnimeroff@bmnlawyers.com); *provided, however*, that the deadline to object *solely with respect to the conduct of the Auction or the specific identity of and adequate assurance of future performance provided by* the Successful Bidder designated following the Auction is **4:00 p.m. (prevailing Eastern Time) on March 2, 2021.**

## ADDITIONAL INFORMATION

**Obtaining Solicitation Materials**.  The materials in the Solicitation Package are intended to be self-explanatory.  If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received electronic access to the solicitation materials), please feel free to contact the Debtors' Voting Agent, by: (a) calling the Voting Agent at 646-282-2400; (b) emailing byChloe@epiqglobal.com; or (c) visiting the Debtors' restructuring website at https://dm.epiq11.com/bychloe.  You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov/.  Please be advised that the Voting Agent is authorized to answer any questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**The Plan Supplement**.  The Debtors will file the Plan Supplement no later than 14 days before the Confirmation Hearing; *provided, however*, that any documents in the Plan Supplement that are directly impacted by the results of the Auction may be filed following the conclusion of such Auction; *provided, further, however*, that the Debtors' right to modify any and all Plan Supplement documents after they are filed is expressly reserved.  The Debtors shall serve a notice of the Plan Supplement on the parties served with a Solicitation Package and on all parties requesting notice in these cases pursuant to Bankruptcy Rule 2002.  Such notice shall: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement on the website of the Voting Agent.

**Notice of the Assumption or Rejection of Executory Contracts**.  Under the terms of Article VI of the Plan, if an Asset Sale Restructuring is elected, on the Effective Date, except as otherwise provided herein, in the Plan Supplement, or in the Confirmation Order, each Executory Contract and Unexpired Lease that is not assumed or assigned pursuant to the Asset Purchase Agreement shall be deemed automatically rejected.

If an Equitization Restructuring is elected, on the Effective Date, except as otherwise provided herein or in the Confirmation Order, each Executory Contract and Unexpired Lease shall be deemed automatically assumed by the applicable Debtor as of the Effective Date other than those contracts and leases that are identified on the Schedule of Rejected Executory Contracts and Unexpired Leases in the Plan Supplement.

Such automatic assumption or rejection, as applicable, shall be effective without the need for any further notice to or action, order, or approval of the Court, in accordance with  the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than any Executory Contracts and Unexpired Leases that: (a) have been previously assumed, assumed and assigned, or rejected pursuant to a Court order; (b) are the subject of a motion to assume, assume and assign, or reject such Executory Contract or Unexpired Lease (or of a Filed objection with respect to the proposed assumption, assumption and assignment, or rejection of such Executory Contract or Unexpired Lease) that is pending on the Effective Date; or (c) are a contract, release, or other agreement or document entered into in connection with the Plan.  The Confirmation Order will constitute an order of the Court approving, subject to and upon the occurrence of the Effective Date, the above-described assumptions and assumptions and assignments, or rejections, as applicable.  Any Filed motions to assume, assume and assign, or reject any Executory Contracts or Unexpired Leases (or Filed objection with respect to the proposed assumption and assignment of such contract) that is pending on the Effective Date shall be subject to approval by the Court on or after the Effective Date by a Final Order but may be withdrawn, settled, or otherwise prosecuted by the Reorganized Debtors or the Plan Administrator, with any such disposition to be deemed to effect an assumption, assumption and assignment, or rejection, as applicable, as of the Effective Date.

The Debtors shall file the Cure Notice no later than 21 days before the Confirmation Hearing, which notice shall include:  (a) procedures for objecting to the proposed assumption of Executory Contracts and Unexpired Leases in accordance with the Plan; (b) Cure Claims to be paid in connection therewith; and (c) procedures for resolution by the Court of any related dispute in accordance with the Plan.  The deadline to object to the Debtors' proposed assumption of Executory Contracts and Unexpired Leases shall be set forth in the Cure Notice and will be 14 days after the Cure Notice is filed and served, except as otherwise set forth in the Plan.

> **BINDING NATURE OF THE PLAN**:
> **IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

Dated: January 22, 2021
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
M. Blake Cleary (No. 3614)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail:  mbcleary@ycst.com
         ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*