UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: : Chapter 11 (Subchapter V)
:
BC HOSPITALITY GROUP INC., et : Case No. 20-13103 (BLS)
al.,[1]
:
Debtors. : Jointly Administered

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for GFP Real Estate, LLC, as agent for Union Square-Broadway Associates, LLC (together, "GFP"), and pursuant to Rules 2002 and 3017(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other pleadings served in this case, be given to and served upon:

LAW OFFICE OF IRA R. ABEL
Counsel to GFP Real Estate, LLC, as agent for
Union Square-Broadway Associates, LLP
c/o Hartman, Ule, Rose & Ratner, LLP
305 Broadway
12th Floor
New York, NY 10007
Phone: (212) 799-4672
iraabel@verizon.net
Ira R. Abel, Esq.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules and Bankruptcy Code sections specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the above-captioned debtor and debtor-in-possession (the "Debtor"), the property of the Debtor, or GFP.

**PLEASE TAKE FURTHER NOTICE,** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which GFP may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York  
January 27, 2021

LAW OFFICE OF IRA R. ABEL

By: _____  
Ira R. Abel  
Counsel to GFP Real Estate, LLC, as agent for  
Union Square-Broadway Associates, LLC  
c/o Hartman, Ule, Rose & Ratner, LLP  
305 Broadway  
12th Floor  
New York, NY 10007  
Phone: (212) 799-4672  
iraabel@verizon.net  
Ira R. Abel, Esq.