# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| BC HOSPITALITY GROUP INC., *et al.*, | Case No. 20-13103 (BLS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **WESTFIELD, LLC**, and its affiliate Century City Mall LLC (collectively, the "Landlords"), as landlords, creditors and parties-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

| | |
|---|---|
| Niclas A. Ferland, Esq. | Susan E. Kaufman, Esquire |
| Ilan Markus, Esq. | Law Office of Susan E. Kaufman, LLC |
| Barclay Damon LLP | 919 N. Market Street, Suite 460 |
| 545 Long Wharf Drive, 9th Floor | Wilmington, DE 19801 |
| New Haven, CT 06511 | Telephone: (302) 472-7420 |
| Telephone: (203) 672-2667 | Facsimile: (302) 792-7420 |
| Facsimile: (203) 654-6274 | Email: skaufman@skaufmanlaw.com |
| Email: nferland@barclydamon.com | |
| imarkus@barclaydamon.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and addresses set forth above be added to any short list in this case.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Landlords to (i) have final orders in non-core matters entered only after de novo review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Dated:  February 1, 2021February 1, 2021February 1, 2021
         Wilmington, Delaware

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

 _/s/ Susan E. Kaufman_____
Susan E. Kaufman, (DSB# 3381)
M. Claire McCudden (DSB # 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel to: Westfield, LLC and its affiliates Century City Mall LLC