**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRURY 3, 2021 AT 11:00 A.M. (ET)**

> **NOTE:** Going forward, all remote hearings will be conducted entirely over Zoom and will require all participants to register in advance. CourtCall will no longer be used to dial in unless otherwise specified by chambers. Please see below for more information on the registration process.
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **TOPIC – BC Hospitality – Case No. 20-13103 (BLS)**
> **When: February 3, 2021 at 11:00 a.m. (ET) (U.S. and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIscuiqrjIpEu03YL2FjR4VnxsT668kxg8**
>
> After registering, you will receive a confirmation email containing information about joining the meeting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

27658898.2

**RESOLVED MATTERS:**

1. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ankura Consulting Group, LLC as Their Financial and Restructuring Advisor and Asset Sale Advisor Effective as of the Petition Date; and (II) Granting Related Relief [D.I. 69, 12/31/20]

    Response/Objection Deadline:        January 14, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Office of the United States Trustee

    Related Documents:

    B.  Notice of Hearing [D.I. 147, 1/11/21]

    C.  Supplemental Declaration of Robert J. Frezza in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Ankura Consulting Group, LLC as Their Financial and Restructuring Advisor and Asset Sale Advisor Effective as of the Petition Date; and (II) Granting Related Relief [D.I. 162, 1/20/21]

    D.  Certification of Counsel [D.I. 164, 1/20/21]

    E.  Order [D.I. 173, 1/22/21]

    Status:    An order has been entered.

2. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business; (II) Waiving Certain Information Requirements of Local Rule 2016-2; and (III) Granting Related Relief [D.I. 153, 1/12/21]

    Response/Objection Deadline:        January 26, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the Office of the United States Trustee

    Related Documents:

    B.  Certification of Counsel [D.I. 196, 1/27/21]

    C.  Order [D.I. 199, 1/29/21]

Status:   An order has been entered.

**CONTESTED MATTERS GOING FORWARD**

3.  Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 166, 1/20/21]

    Response/Objection Deadline:          January 27, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Debtors' Objection to Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 194, 1/27/21]

    Related Documents:          None to Date

    Status:   The parties are discussing a resolution of this matter.  This matter will be going forward.

**STATUS CONFERENCE**

4.  Subchapter V Status Conference

    Related Documents:

    A.  Subchapter V Status Report [D.I. 167, 1/20/21]

    Status:   This matter is going forward.

| | |
|---|---|
| Dated: February 1, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>          ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

27658898.2