# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,[1]<br><br>                                Debtors. | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 147** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2021, I caused to be served the "Notice of Hearing," dated January 11, 2021, [Docket No. 147], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the following: *Dressler Peters, LLC, (Counsel to Isuzu Finance of America, Inc.), Attn: Dennis A. Dressler, 70 W. Hubbard Street, Suite 200, Chicago, IL 60654,* and

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
15th day of January, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# Exhibit A

| Claim Name | Address Information |
|---|---|
| 241 BEDFORD ASSOCIATES, LLC | CHIEF FINANCIAL OFFICER 3 HOPE STREET BROOKLYN NY 11217 |
| ABDULLAH RAZA | 7111 HILLCROFT STREET HOUSTON TX 77081 |
| AMERICAN ARBITRATION ASSOCIATION | CHIEF FINANCIAL OFFICER 1301 ATWOOD AVE., SUITE 211N JOHNSTON RI 02919 |
| BAIN CAPITAL DOUBLE IMPACT FUND, L.P. | 2000 CLARENDON STREET BOSTON MA 02116 |
| BCIP DOUBLE IMPACT ASSOCIATES, L.P. | 200 CLARENDON STREET BOSTON MA 02116 |
| BLUE RIDGE BANK, N.A. | CHIEF FINANCIAL OFFICER 17 W. MAIN ST. LURAY VA 22835 |
| CFA MANAGEMENT INC. | CHIEF FINANCIAL OFFICER 20 WEST 22ND STREET, SUITE 712 NEW YORK NY 10010 |
| CHIEF FIRE PROTECTION & MECHANICAL | 10 WEST BROAD STREET MOUNT VERNON NY 10552 |
| CITY OF PROVIDENCE, RI | PERSONAL PROPERTY TAX PROVIDENCE CITY HALL 25 DORRANCE STREET PROVIDENCE RI 02903 |
| COLLAB+CONSUMER I, L.P. | 347 BOWERY, 2ND FLOOR NEW YORK NY 10022 |
| DRESSLER PETERS, LLC | (COUNSEL TO ISUZU FINANCE OF AMERICA, INC.) ATTN: DENNIS A. DRESSLER 70 W. HUBBARD STREET, SUITE 200 CHICAGO IL 60654 |
| ESQUARED HOSPITALITY LLC | 145 E. 57TH STREET NEW YORK NY 10022 |
| ESTATE OF ANA INCHAUSTE | CALLE 23 #8220 CALACOTO, LA PAZ BOLIVIA |
| GILERTO VARELA ROMAN | AVE FRAN DE MIANDA APT. 142 EL MARQUEZ, CARACAS VENEZUELA |
| GOODWIN PROCTOR, LLP | CHIEF FINANCIAL OFFICER 100 NORTHERN AVE. BOSTON MA 02210 |
| GREENBERG TRAURIG, LLP | (COUNSEL TO RCPI LANDMARK PROPERTIES, L.L.C.) ATTN: DENNIS A. MELORO 1007 NORTH ORANGE STREET, SUITE 1200 WILMINGTON DE 19801 |
| HINES INTERESTS LIMITED PARTNERSHIP | ATTENTION: ALEXIS MICHAEL 345 HUDSON STREET, 12TH FLOOR NEW YORK NY 10014 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| KF-CHLOE, LLC | 500 PARK AVENUE 4TH FLOOR NEW YORK NY 10022 |
| KITCHEN FUND, LP | 500 PARK AVENUE 4TH FLOOR NEW YORK NY 10022 |
| LION/BC LLC | 21 GROSVERNOR PLACE LONDON SW1X 7HF UNITED KINGDOM |
| MATTHEW ADAMS PROPERTIES | CHIEF FINANCIAL OFFICER 127 E. 59TH ST., 3RD FLOOR NEW YORK NY 10022 |
| NEW YORK SALES TAX | NYS TAX DEPARTMENT WA HARRIMAN CAMPUS ALBANY NY 12227 |
| NYC DEPARTMENT OF FINANCE | COMMERCIAL RENT TAX P.O. BOX 3931 NEW YORK NY 10008 |
| PATRICK HELLSTRAND | 2967 CREST ROAD RANCHO PALOS VERDES CA 90275 |
| PRYOR CASHMAN, LLP | CHIEF FINANCIAL OFFICER 7 TIME SQUARE NEW YORK NY 10036 |
| QOOT INTERNATIONAL UK LIMITED | C/O TGP INTERNATIONAL 276 VAXHALL BRIDGE ROAD, 3RD FLOOR LONDON SW1V 1BB UNITED KINGDOM |
| ROBERTA LATANZA | 7523 EATON COURT UNIVERSITY PARK FL 34201 |
| SAMANTA WASSER | 145 E. 57TH STREET NEW YORK NY 10022 |
| SANDRA INCHAUSTE COMBONI | CALLE 23B #82 ACHUMAINI, LA PAX BOLIVIA |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SYSCO BOSTON | CHIEF FINANCIAL OFFICER 99 SPRING ST. PLYMPTON MA 02367-1701 |
| SYSCO METRO NEW YORK | CHIEF FINANCIAL OFFICER 20 THEODORE CONRAD DRIVE JERSEY CITY NJ 07305 |
| THE HARTFORD | CHIEF FINANCIAL OFFICER 301 WOOS PARK DR. CLINTON NY 13323 |
| TRINITY HUDSON HOLDINGS, LLC | ATTENTION: CEO 120 BROADWAY, 24TH FLOOR NEW YORK NY 10271 |
| TRINITY HUDSON HOLDINGS, LLC | GENERAL OR LEAD COUNSEL 120 BROADWAY 38TH FLOOR NEW YORK NY 10271 |

**Total Creditor count  37**

**Exhibit B**

BC Hospitality Group Inc.
Case No. 20-13103
Master Email List

| NAME | EMAIL |
| --- | --- |
| BOYLSTON WEST LLC | JOUELLETTE@SAMUELSRE.COM |
| BRENT A. FRIEDMAN | BRENT@BRENTAFRIEDMAN.COM |
| BROWN MCGARRY NIMEROFF LLC | JNIMEROFF@BMNLAWYERS.COM |
| CITY OF BOSTON | MAYOR@BOSTON.GOV |
| COMPEAT, INC. | INFO@COMPEAT.COM |
| CULHANE MEADOWS, PLLC | MKURTH@CM.LAW |
| DELAWARE STATE TREASURY | JASON.STAIB@DELAWARE.GOV |
| DRESSLER PETERS, LLC | DDRESSLER@DRESSLERPETERS.COM |
| ESQUARED HOSPITALITY LLC | ELYSEG@E2HOSPITALITY.COM; INFO@ESQUAREDHOSPITALITY.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | PATRICK.JACKSON@FAEGREDRINKER.COM |
| GOULSTON & STORRS PC | JWALLACK@GOULSTONSTORRS.COM; PBILOWZ@GOULSTONSTORRS.COM |
| GREENBERG TRAURIG, LLP | MELOROD@GTLAW.COM; KUSHNICKH@GTLAW.COM; MUCHNIKL@GTLAW.COM |
| LOEB & LOEB LLP | KSOLD@LOEB.COM |
| LOEB & LOEB LLP | DBESIKOF@LOEB.COM; BSIMMONS@LOEB.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ROSA.SIERRA@USDOJ.GOV |
| RCPI LANDMARK PROPERTIES, LLC | INFO@ROCKWELLRISK.COM |
| ROBINS KAPLAN LLP | RSCHUTZ@ROBINSKAPLAN.COM; LCOYLE@ROBINSKAPLAN.COM; FBRAUNSTEIN@ROBINSKAPLAN.COM; PARENZ@ROBINSKAPLAN.COM; SGAUTIER@ROBINSKAPLAN.COM |
| SECURITIES & EXCHANGE COMMISSION | HELP@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEWYORK@SEC.GOV |
| WB MASON | CUSTOMERSUPPORT@WBMASON.COM |
| WILLKIE FARR & GALLAGHER, LLP | AMORDKOFF@WILLKIE.COM; PSHALHOUB@WILLKIE.COM |