# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR STATUS CONFERENCE ON FEBRURY 5, 2021 AT 10:00 A.M. (ET)**

**NOTE:** Going forward, all remote hearings will be conducted entirely over Zoom and will require all participants to register in advance. CourtCall will no longer be used to dial in unless otherwise specified by chambers. Please see below for more information on the registration process.

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**TOPIC: BC Hospitality – Case No. 20-13103 (BLS)
When: Feb 5, 2021 10:00 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJIscu-urT0uHJvr1sfAupR4xChl0yXzB50**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

27674230.1

**STATUS CONFERENCE**

1.  Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 166, 1/20/21]

    Response/Objection Deadline:            January 27, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Debtors' Objection to Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 194, 1/27/21]

    Related Documents:            None to Date

    Status:    As discussed on the record at the hearing held on February 3, 2021, this matter will be withdrawn without prejudice by Chloe Coscarelli and Chef Chloe LLC and the Bankruptcy Court will determine the Debtors' ownership interest in the by Chloe trademark at a hearing scheduled for February 25, 2021 at 11:30 a.m. (ET). The purpose of this status conference is for the Court to determine the scope of the issues that will be decided by the Court at the hearing scheduled for February 25, 2021.

Dated: February 4, 2021         **YOUNG CONAWAY STARGATT &**
Wilmington, Delaware            **TAYLOR, LLP**

                                */s/ Elizabeth S. Justison*
                                M. Blake Cleary (No. 3614)
                                Elizabeth S. Justison (No. 5911)
                                Rodney Square, 1000 North King Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253
                                E-mail:  mbcleary@ycst.com
                                         ejustison@ycst.com

                                *Counsel to the Debtors and Debtors in Possession*