# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Confirmation Hearing Date: March 4, 2021 at 10:00 a.m. (ET)**<br><br>**Contract Obj. Deadline: February 25, 2021 at 4:00 p.m. (ET)** |

## NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE CLAIMS

**PLEASE TAKE NOTICE** that BC Hospitality Group Inc. and its above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court") on December 14, 2020 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that, on January 7, 2021, the Court entered an order (the "Bidding Procedures Order") [Docket No. 102] authorizing and approving the bidding procedures (the "Bidding Procedures") attached as **Exhibit 1** to the Bidding Procedures Order. In accordance with the Bidding Procedures Order, the Debtors have commenced a marketing process for plan sponsors or purchasers to facilitate the Debtors' emergence from these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on the January 21, 2021, the Debtors filed their *Joint Chapter 11 Plan of BC Hospitality Group Inc. and Its Debtor Affiliates* [Docket No. 169] (the "Plan").[2] The Plan includes a toggle feature, resulting in either: (a) an Asset Sale Restructuring, which will allow the Debtors to enter into a sale transaction for the sale or disposition the Debtors' assets; or (b) an Equitization Restructuring, which is a reorganization that will provide for the implementation of the terms of an acceptable plan sponsor investment in the form of an equity investment. The Bidding Procedures and the Plan provide for substantial

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

27719004.2

flexibility with respect to the structure of any transaction and the terms of the Plan may be revised to the extent necessary.

**PLEASE TAKE FURTHER NOTICE** that the Plan includes proposed procedures for the assumption and assignment of Executory Contracts and Unexpired Leases (the "Assumption Procedures") in connection with a transaction with the successful bidder (the "Successful Bidder") through the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on January 22, 2021, the Court entered an order [Docket No. 174] (the "Solicitation Procedures Order") approving, among other things, (a) the solicitation and voting procedures with respect to the Plan, (b) the solicitation materials and documents to be included in the solicitation packages, and (c) the procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Confirmation Hearing") to consider, among other things, approval of the Plan, including the Assumption Procedures, will be held on **March 4, 2021 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Brendan Linehan Shannon, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, at District of Delaware, at 824 Market Street North, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, or at such other place (which may be by video conference) and time as the Debtors shall notify all parties entitled to notice. The Debtors have the right to adjourn the Confirmation Hearing at or prior to the Confirmation Hearing.

> **PLEASE BE ADVISED**: YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A PARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE PLAN. THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE PLAN, AND THE RELATED CURE CLAIMS, ARE SET FORTH ON EXHIBIT 1 HERETO.
>
> THE PRESENCE OF A CONTRACT OR LEASE ON EXHIBIT 1 HERETO DOES NOT CONSTITUTE AN ADMISSION THAT SUCH CONTRACT OR LEASE IS AN EXECUTORY CONTRACT OR UNEXPIRED LEASE. MOREOVER, THE INCLUSION OF ANY CONTRACT OR LEASE ON EXHIBIT 1 SHALL NOT BE CONSTRUED AS AN AFFIRMATIVE INDICATION THAT SUCH CONTRACT OR LEASE WILL BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE PLAN. THE DEBTORS RESERVE ALL OF THEIR RIGHTS, CLAIMS, AND CAUSES OF ACTION WITH RESPECT TO THE CONTRACTS AND LEASES LISTED ON EXHIBIT 1 HERETO.

**PLEASE TAKE FURTHER NOTICE** that, under the terms of Article VI of the Plan, if an Asset Sale Restructuring is elected, on the Effective Date, except as otherwise provided herein, in the Plan Supplement, or in the Confirmation Order, each Executory Contract and Unexpired Lease that is not assumed or assigned pursuant to the Asset Purchase Agreement shall be deemed automatically rejected.

If an Equitization Restructuring is elected, on the Effective Date, except as otherwise provided herein or in the Confirmation Order, each Executory Contract and Unexpired Lease shall be deemed automatically assumed by the applicable Debtor as of the Effective Date other than those contracts and leases that are identified on the Schedule of Rejected Executory Contracts and Unexpired Leases in the Plan Supplement.

Such automatic assumption or rejection, as applicable, shall be effective without the need for any further notice to or action, order, or approval of the Court, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than any Executory Contracts and Unexpired Leases that: (a) have been previously assumed, assumed and assigned, or rejected pursuant to a Court order; (b) are the subject of a motion to assume, assume and assign, or reject such Executory Contract or Unexpired Lease (or of a Filed objection with respect to the proposed assumption, assumption and assignment, or rejection of such Executory Contract or Unexpired Lease) that is pending on the Effective Date; or (c) are a contract, release, or other agreement or document entered into in connection with the Plan. The Confirmation Order will constitute an order of the Court approving, subject to and upon the occurrence of the Effective Date, the above-described assumptions and assumptions and assignments, or rejections, as applicable. Any Filed motion to assume, assume and assign, or reject any Executory Contracts or Unexpired Leases (or Filed objection with respect to the proposed assumption and assignment of such contract) that is pending on the Effective Date shall be subject to approval by the Court on or after the Effective Date by a Final Order, but may be withdrawn, settled, or otherwise prosecuted by the Reorganized Debtors or the Plan Administrator, with any such disposition to be deemed to effect an assumption, assumption and assignment, or rejection, as applicable, as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that a list of Executory Contracts and Unexpired Leases that may be assumed and assigned in connection with the Plan, and the corresponding Cure Claims,[3] is attached hereto as **Exhibit 1**. Other than the Cure Claims listed on **Exhibit 1**, the Debtors are not aware of any amounts due and owing under the Executory Contracts and Unexpired Leases listed therein. The Cure Claims listed reflect the amount required to cure defaults or such other amount as has been agreed to between the Debtors and the applicable counterparty. The Cure Claims are not dispositive for any other purpose, including for voting or distribution purposes.

**PLEASE TAKE FURTHER NOTICE** that any objections to the proposed assumption and assignment of an Assigned Contract or Unexpired Lease (a "Contract Objection"), including any objection relating to the Cure Claim, must (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; (c) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated cure amount that the counterparty believes is required to be paid under sections 365(b)(1)(A) and (B) of the Bankruptcy Code for the applicable Executory Contract or Unexpired Lease, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto; (d) be served on (i) counsel to the Debtors, Young

---

[3] *"Cure Claim"* means a "monetary Claim based upon a Debtor's defaults under any Executory Contract or Unexpired Lease to be assumed under the Plan by such Debtor pursuant to section 365 of the Bankruptcy Code and calculated in accordance with the terms herein." Plan Art. I(A)(30).

Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: M. Blake Cleary (mbcleary@ycst.com) and Elizabeth S. Justison (ejustison@ycst.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801 (Attn: Rosa Sierra (rosa.sierra@usdoj.gov)); (iii) counsel to the Debtors' post-petition lenders, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6066 (Attn: Andrew S. Mordkoff (amordkoff@willkie.com)); and (iv) the Subchapter V Trustee, Jami B. Nimeroff, Esq., Brown McGarry Nimeroff LLC, Two Penn Center, Suite 610, 1500 John F. Kennedy Boulevard, Philadelphia, PA 19102 (jnimeroff@bmnlawyers.com) (collectively, the "Objection Notice Parties"), and (e) be filed with the Clerk of the Court and served by no later than **February 25, 2021 at 4:00 p.m. (prevailing Eastern Time)**, subject to extension as set forth in paragraph 4 of the Solicitation Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on **March 1, 2021 at 10:00 a.m. (ET)**, the Debtors will conduct an auction (the "Auction") for the Debtors' assets or equity either via videoconference or at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801. The Auction may be adjourned in accordance with the Bidding Procedures Order. Following the Auction, the Debtors will file a notice of the successful bidder (the "Successful Bidder Notice") and post the Successful Bidder Notice on the website of their Voting Agent, https://dm.epiq11.com/case/bychloe. The Successful Bidder Notice will include the name of the Successful Bidder and the amount of the Successful Bidder's bid and the name of any applicable back-up bidder and the amount of such back-up bidder's bid.

**PLEASE TAKE FURTHER NOTICE** that any objections *solely with respect to the conduct of the Auction or the specific identity of and adequate assurance of future performance provided by* the Successful Bidder following the Auction shall be made no later than **4:00 p.m. (prevailing Eastern Time) on March 2, 2021.**

**PLEASE TAKE FURTHER NOTICE THAT IN THE EVENT OF A DISPUTE REGARDING: (1) THE AMOUNT OF ANY CURE CLAIM; (2) THE ABILITY OF THE REORGANIZED DEBTORS, THE PURCHASER, OR ANY ASSIGNEE, AS APPLICABLE, TO PROVIDE "ADEQUATE ASSURANCE OF FUTURE PERFORMANCE" (WITH THE MEANING OF SECTION 365 OF THE BANKRUPTCY CODE) UNDER THE EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BE ASSUMED OR ASSUMED AND ASSIGNED; OR (3) ANY OTHER MATTER PERTAINING TO ASSUMPTION OR THE ASSUMPTION AND ASSIGNMENT, THE CURE CLAIMS SHALL BE MADE FOLLOWING THE ENTRY OF A FINAL ORDER RESOLVING THE DISPUTE AND APPROVING THE ASSUMPTION OR THE ASSUMPTION AND ASSIGNMENT.**

**PLEASE TAKE FURTHER NOTICE** that although the Debtors have made a good-faith effort to identify all Executory Contracts and Unexpired Leases that may be assumed and assigned in connection with the Plan, the Debtors or the Successful Bidder may identify certain other Executory Contracts or Unexpired Leases that should be assumed and assigned in connection with the Plan. Accordingly, the Debtors have reserved the right to (i) supplement the list of Executory Contracts and Unexpired Leases annexed to this Notice with previously omitted Executory

Contracts and Unexpired Leases in accordance with the definitive terms of the Plan, (ii) remove any Executory Contracts or Unexpired Lease from the list, and/or (iii) modify the previously stated Cure Claims associated with any Executory Contract or Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE** that in the event that the Debtors supplement the list of Executory Contracts and Unexpired Leases or modify the previously stated Cure Claims for a particular Executory Contract or Unexpired Lease, the Debtors will promptly file and serve a revised notice on each counterparty affected. Such counterparties shall file any Contract Objections with respect to the revised notice by the earlier of (a) 14 days after service of the amended notice reflecting such changes, and (b) the date of the scheduled Confirmation Hearing.

### OBTAINING ADDITIONAL INFORMATION

Copies of the Plan, the Bidding Procedures Order, and the Solicitation Procedures Order, as well as all related exhibits, and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://dm.epiq11.com/case/bychloe or by calling Epiq Corporate Restructuring, LLC (the "Voting Agent") at 646-282-2400 or by emailing bychloe@epiqglobal.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://www.deb.uscourts.gov/. Please be advised that the Voting Agent is authorized to answer any questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*UNLESS YOU FILE AN OBJECTION TO THE CURE CLAIM AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR EXECUTORY CONTRACT OR UNEXPIRED LEASE IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE CLAIM SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE CLAIM AGAINST THE DEBTORS OR THE SUCCESSFUL BIDDER THAT IS GREATER THAN THE CURE CLAIM SET FORTH ON EXHIBIT 1; AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR EXECUTORY CONTRACT OR UNEXPIRED LEASE.*

[*Signature Page Follows*]

|  |  |
|---|---|
| Dated: February 11, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>            ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

27719004.2

6