# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRURY 25, 2021 AT 9:00 A.M. (ET)[3]

> **NOTE: Going forward, all remote hearings will be conducted entirely over Zoom and will require all participants to register in advance. CourtCall will no longer be used to dial in unless otherwise specified by chambers. Please see below for more information on the registration process. When registering, please copy and paste the below link to your browser.**
>
> **COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**
>
> **TOPIC: BC Hospitality – Case No. 20-13103 (BLS)**
> **When: February 25, 2021 9:30 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItfu6hpzIrEuYuvXGa59ulJm4btWEQ_1Y**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

**RESOLVED MATTERS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] **Amended items appear in bold.**

[3] **Please note that the hearing will begin at 9:00 a.m. (ET).**

27774921.1

1. Debtors' Motion for an Order Granting Leave to Exceed Page Limit Requirements with Respect to Debtor's Answering Brief in Support of BC Hospitality Group LLC's Ownership of the By Chloe Trademark [D.I. 236, 2/17/21]

    Response/Objection Deadline:            None

    Responses/Objections Received:          None

    Related Documents:

    A. Order Granting Leave to Exceed Page Limit Requirements [D.I. 238, 2/18/21]

    Status:    An order has been entered.

2. Debtors' Motion for Entry of an Order Directing Chef Chloe LLC and Chloe Coscarelli (I) to File Certain Exhibits to Chloe's Objection to BCHG's Ownership of the By Chloe Trademark and its Plan to Sell the Mark Under Seal; and (II) Granting Related Relief [D.I. 243, 2/19/21]

    Response/Objection Deadline:            February 25, 2021 at 11:30 a.m. (ET)

    Responses/Objections Received:          None to Date

    Related Documents:

    A. Order [D.I. 248, 2/22/21]

    Status:    An order has been entered.

**MATTER GOING FORWARD**

3. Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 166, 1/20/21]

    Response/Objection Deadline:            January 27, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A. Debtors' Objection to Motion of Chloe Coscarelli and Chef Chloe LLC for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 194, 1/27/21]

Related Documents:

B. Letter – Submission of Statement of Issues by Chef Chloe LLC and Chloe Coscarelli [D.I. 215, 2/4/21]

C. Letter Dated February 4, 2021 Regarding Statement of Issues Filed by BC Hospitality Group Inc. [D.I. 216, 2/4/21]

D. Chloe's Objection to BCHG's Ownership of the By Chloe Trademark and Its Plan to Sell the Mark [Sealed: D.I. 221, 2/8/21]

E. Declaration of Bradley Muro in Support of Debtors' Answering Brief in Support of BC Hospitality Group LLC's Ownership of the By Chloe Mark [D.I. 234, 2/17/21]

F. Debtors' Answering Brief in Support of BC Hospitality Group LLC's Ownership of the By Chloe Trademark [D.I. 235, 2/17/21]

G. Chloe's Reply Brief in Support of Her Objection to BCHG's Ownership of the By Chloe Trademark and its Plan to Sell the Mark [D.I. 241, 2/19/21]

H. Notice of Deposition of Chloe Coscarelli [D.I. 242, 2/19/21]

I. Amended Notice of Deposition of Chloe Coscarelli [D.I. 250, 2/23/21]

**J. Debtors' Sur-Reply Brief in Support of BC Hospitality Group LLC's Ownership of the By Chloe Trademark [D.I. 255, 2/23/21]**

Status:    This matter is going forward.

Dated: February 24, 2021
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
M. Blake Cleary (No. 3614)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail:  mbcleary@ycst.com
           ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*