**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 25, 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service, and also served upon the parties listed below by electronic mail.

                 */s/ Karen C. Bifferato*
                 Karen C. Bifferato (DE 3279)

M. Blake Cleary, Esq.
Elizabeth S. Justison, Esq.
Young Conaway Stargatt & Taylor, LLP
Email: mbcleary@ycst.com
ejustison@ycst.com

Rosa Sierra, Esq.
Office of the United States Trustee
Email: rosa.sierra@usdoj.gov

Andrew S. Mordkoff, Esq.
Willkie Farr & Gallagher LLP
Email: amordkoff@willkie.com

Jami B. Nimeroff, Esq.
Brown McGarry Nimeroff LLC
Email: jnimeroff@bmnlawyers.com