**CERTIFICATE OF SERVICE**

I, Mette H. Kurth, hereby certify that on the 10th day of March, 2021, a true and correct copy of the *Objection of Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC to Confirmation of First Amended Joint Chapter 11 Plan of BC Hospitality Group, Inc. and Its Affiliated Debtor* was: (a) electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service; and (b) served by electronic mail on those parties on the Electronic Mail Notice List attached hereto as **Exhibit A**.

Dated: March 10, 2021

Mette H. Kurth