## Exhibit A

**Electronic Mail Notice List**

- **Ira Richard Abel**   iraabel@verizon.net
- **Daniel B. Besikof**   dbesikof@loeb.com, mjackson@loeb.com;gshi@loeb.com
- **Karen C. Bifferato**   kbifferato@connollygallagher.com
- **Peter Douglas Bilowz**   pbilowz@goulstonstorrs.com
- **M. Blake Cleary**   bankfilings@ycst.com
- **Epiq Corporate Restructuring, LLC**   danette.gerth@epiqglobal.com
- **Niclas A. Ferland**   nferland@barclaydamon.com
- **Thomas Joseph Francella**   TFrancella@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;thomas-francella-6506@ecf.pacerpro.com
- **Brent Anthony Friedman**   brent@brentafriedman.com
- **Patrick A. Jackson**   Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
- **Elizabeth Soper Justison**   bankfilings@ycst.com
- **Susan E. Kaufman**   skaufman@skaufmanlaw.com
- **Dennis Meloro**   melorod@gtlaw.com, bankruptcydel@gtlaw.com
- **Andrew S. Mordkoff**   amordkoff@willkie.com
- **Leo Muchnik**   muchnikl@gtlaw.com
- **Michael S. Neiburg**   bankfilings@ycst.com
- **Jami B Nimeroff**   jnimeroff@bmnlawyers.com, cjones@bmnlawyers.com;cjn11@trustesolutions.net
- **Reliable Companies**   gmatthews@reliable-co.com
- **Robert J. Schutz**   rschutz@robinskaplan.com, cjunker@robinskaplan.com
- **Paul V. Shalhoub**   mao@willkie.com, pshalhoub@willkie.com
- **Rosa Sierra**   rosa.sierra@usdoj.gov
- **William F. Taylor**   bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **James F. Wallack**   jwallack@goulstonstorrs.com

76331233.1