# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors. [1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 303 & 307** |

### SUPPLEMENTAL DECLARATION OF PATRICK J. BARTELS, JR. IN SUPPORT OF ENTRY OF THE PROPOSED ORDER (I) APPROVING ASSET PURCHASE AGREEMENT, (II) AUTHORIZING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF

I, Patrick J. Bartels, Jr., declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I submit this supplemental declaration (this "Supplemental Declaration") in further support of: (i) entry of the proposed *Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Sale Order") [Docket No. 303] and approval of the sale of substantially all of the Debtors' assets to the Buyer (as defined in the APA (defined below)) on the terms set forth in the Asset Purchase Agreement, dated March 9, 2021 (the "APA"), by and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

27847695.3

between the Debtors and the Buyer,[2] and (ii) the *Declaration of Patrick J. Bartels, Jr. In Support of Entry of the Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Bartels Declaration") [Docket No. 307].

2. I am over the age of 18 and am authorized to submit this Supplemental Declaration on the Debtors' behalf. If called upon to testify, I could and would testify competently to the facts set forth herein.

**A. The APA Provides for the Sale of the Debtors' Assets Free and Clear of All Interests and Claims**

3. As set forth in greater detail in the Bartels Declaration and the *Declaration of Michael Mortell in Support of Entry of an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 306], the terms of the APA provide for the Buyer to acquire substantially all of the Debtors' assets, excluding the Excluded IP and the other Excluded Assets listed in the APA, in exchange for: (i) the assumption of various Assumed Liabilities, (ii) a cash payment of $333,000, and (iii) in the event that Closing does not occur on or prior to March 19, 2021, an additional cash payment in the amount of $30,000.

4. To the best of my knowledge, I have been informed that if the Sale of the Debtors' assets pursuant to the APA was not free and clear of all Interests or Claims (except as otherwise assumed in, or permitted by the APA), or if the Buyer would or in the future, could, be liable for

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Bidding Procedures Order or the APA (as defined below).

27847695.3

any of the Interests or Claims (except as otherwise assumed in, or permitted by the APA), the Buyer would not have entered into the APA and would not consummate the Sale, to the detriment of the Debtors, their bankruptcy estates, and their creditors.

### B. The Proposed Adequate Assurance Provided by the APA

5. Pursuant to the terms of the proposed Sale Order, the Debtors are requesting the Court's authority to assume and assign certain of the Debtors' executory contracts and unexpired leases of nonresidential real property to the Buyer, pursuant to sections 363 and 365 of the Bankruptcy Code and in accordance with the terms of the APA. The equity interests of the Buyer will be held by a group of the Debtors' prepetition investors, including: Bain Capital Double Impact Fund, LP, BCIP Double Impact Associates, L.P., Kitchen Fund, LP, KF-Chloe LLC, Qoot International UK Limited, Lion/BC LLC, and Collab+Consumer I, L.P (collectively, the "Investor Group"). It is my understanding that the Investor Group is comprised of longstanding participants in the global restaurant space with experience in fine dining, fast casual, specialized investment, and international scaling.

6. Before the chapter 11 cases were filed, as set forth more fully in the First Day Declaration and the Bartels Declaration, the Investor Group invested $31 million in the Debtors in two tranches that closed in January 2018 and January 2019. The Investor Group's investment in the Debtors positioned the Debtors to, among other things, (i) expand their footprint both domestically and internationally, (ii) increase their social objectives, and (iii) strengthen their operations and marketing initiatives.

7. In the period leading up to the Petition Date, as the Debtors' liquidity position became increasingly dire, the Debtors reached out to the Investor Group to provide a DIP credit facility to support the Debtors' operations and sale process during the chapter 11 cases. After

27847695.3

3

extensive negotiations, the Investor Group ultimately committed to provide a DIP loan to the Debtors in the principal amount of $3.25 million, which was approved by the Court on an interim basis on December 15, 2020 [Docket No. 35] and a final basis on January 7, 2021 [Docket No. 103].

8. As set forth in the Bartels Declaration and the *Notice of Designation of Winning Bidder and Cancellation of Auction* [Docket No. 304], the revised bid represented by the APA, was the only offer that the Debtors received for the sale of their assets and is the only way that the Debtors can avoid immediate liquidation. To the best of my knowledge, the Buyer has demonstrated and attested to its wherewithal to continue to operate many, if not all, of the company's locations after the Closing Date, and the Buyer will be able to satisfy the company's ongoing obligations after the Closing Date. To the best of my knowledge, the Debtors and the Buyer believe that adequate assurance of future performance has been provided under section 365 of the Bankruptcy Code.

*[Remainder of Page Intentionally Left Blank]*

27847695.3

5

## CONCLUSION

9. Based on the foregoing, to the best of my knowledge, I believe that the Debtors' determination to enter into the APA, and to seek approval of the Sale of substantially all of their assets, excluding the By Chloe Mark, on the terms set forth in the proposed Sale Order, represents a valid exercise of the Debtors' business judgment and is fair, reasonable, and in the best interests of the Debtors' estates.

Pursuant to section 1746 of title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2021

*/s/ Patrick J. Bartels, Jr.*
Name: Patrick J. Bartels, Jr.
Title: Independent Director
BC Hospitality Group Inc.

27847695.3