IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF FIFTH AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 16, 2021 AT 2:00 P.M. (ET)**

**\*\*PLEASE NOTE THAT AT THE DIRECTION OF THE COURT, THE MARCH 15, 2021 HEARING HAS BEEN CONTINUED TO MARCH 16, 2021 AT 2:00 P.M. (ET)**

You must now register for the ZOOM call. When registering, please copy and paste the below link to your browser. **As part of the Court's protocol, please remember to register with ZOOM at least 48 hours prior to the hearing in order to avoid being denied access.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Topic:  BC Hospitality – Case No.  20-13103 (BLS)**
When: March 16, 2021 02:00 PM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItde2sqTgpHT1QDQQ4rp-tEkKda_ZZtM

After registering, you will receive a confirmation email containing information about joining the meeting.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] **Amended items appear in bold.**

27872133.1

**RESOLVED MATTER**

1. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases, Effective as of January 31, 2021, and (B) Abandonment of Certain Personal Property in Connection Therewith; and (II) Granting Certain Related Relief [D.I. 197, 1/29/21]

   Response/Objection Deadline:         February 12, 2021 at 4:00 p.m. (ET)

   Responses/Objections Received:       None

   Related Documents:

   A. Certificate of No Objection [D.I. 228, 2/15/21]

   B. Order [D.I. 229, 2/16/21]

   Status:   An order has been entered.

**MATTER GOING FORWARD**

2. Joint Chapter 11 Plan of BC Hospitality Group Inc. and its Debtor Affiliates [D.I. 169, 1/21/21]

   Confirmation Response/Objection Deadline:     February 25, 2021 at 4:00 p.m. (ET)

   Cure Response/Objection Deadline:             February 25, 2021 at 4:00 p.m. (ET)

   Confirmation Responses/Objections Received:

   A. Objection and Reservation of Rights of Blue Ridge Bank, N.A. to Confirmation of the Debtors' Joint Chapter 11 Plan [D.I. 260, 2/25/21]

   B. United States Trustee's Limited Objection and Reservation of Rights Concerning (I) Joint Chapter 11 Plan of BC Hospitality Group Inc. and its Debtor Affiliates; and (II) Notice of Filing of Stalking Horse PSA [D.I. 263, 2/25/21]

   C. Statement and Reservation of Rights of Subchapter V Trustee Regarding Confirmation of the Joint Chapter 11 Plan of BC Hospitality Group Inc. and its Debtor Affiliates and Other Matters to be Heard on March 4, 2021 [D.I. 264, 2/25/21]

   D. Objection of Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC to Confirmation of the Joint Chapter 11 Plan of BC Hospitality Group, Inc. and its Debtor Affiliates [D.I. 266, 2/25/21]

  E.  Joinder of Gilberto Varela to Reservation of Rights and Limited Objection of the United States Trustee to the Debtors' (I) Joint Chapter 11 Plan of BC Hospitality Group Inc. and its Debtor Affiliates; and (II) Notice of Filing of Stalking Horse PSA [D.I. 267, 2/25/21]

Cure Responses/Objections Received:

  F.  [Withdrawn] Objection of GFP Real Estate, LLC as Agent for Union Square-Broadway Associated, LLC [D.I. 280, 3/2/21]

  G.  Informal response from RCPI Landmark Properties LLC

  H.  Informal response from Century City Mall LLC

Related Documents:

  I.  Declaration of Michael Mortell in Support of Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [D.I. 97, 1/6/21]

  J.  Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [D.I. 102, 1/7/21]

  K.  Order (I) Establishing Solicitation and Tabulation Procedures; (II) Approving the Form of Ballot and Solicitation Materials; (III) Establishing the Voting Record Date; (IV) Fixing the Date, Time, and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto; and (V) Granting Related Relief [D.I. 174, 1/22/21]

  L.  Notice of (I) Hearing to Consider Confirmation of the Joint Chapter 11 Plan of BC Hospitality Group Inc. and Its Debtor Affiliates and (II) Related Voting and Objection Deadlines [D.I. 175, 1/22/21]

  M.  Notice of Filing of Liquidation Analysis for Joint Chapter 11 Plan of BC Hospitality Group Inc. and its Debtor Affiliates [D.I. 179, 1/26/21]

  N.  Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Claims [D.I. 226, 2/11/21]

  O.  Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Claims [D.I. 230, 2/16/21]

P.     Declaration of Patrick J. Bartels, Jr. in Support of Debtors' Designation of a Stalking Horse Bidder [D.I. 244, 2/20/21]

Q.     Notice of Filing of Stalking Horse PSA [D.I. 245, 2/20/21]

R.     Notice of Designation of Stalking Horse Bidder [D.I. 246, 2/20/21]

S.     Notice of Extended Bid Deadline and Rescheduled Date for Auction [D.I. 269, 2/25/21]

T.     Notice of Further Extended Bid Deadline and Notice of Auction [D.I. 276, 3/1/21]

U.     Notice of Rescheduled Confirmation Hearing [D.I. 283, 3/2/21]

V.     Notice of Further Extended Bid Deadline and Notice of Rescheduled Auction [D.I. 284, 3/2/21]

W.     Notice of Further Extended Bid Deadline [D.I. 290, 3/5/21]

X.     Notice of Withdrawal of Objection of GFP Real Estate, LLC as Agent for Union Square-Broadway Associated, LLC to Potential Assumption of Executory Contracts or Unexpired Leases and Cure Claims [D.I. 291, 3/7/21]

Y.     Notice of Filing of Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 303, 3/9/21]

Z.     Notice of Designation of Winning Bidder and Cancellation of Auction [D.I. 304, 3/9/21]

AA.     Declaration of Michael Mortell in Support of Entry of an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 306, 3/9/21]

BB.     Declaration of Patrick J. Bartels, Jr. in Support of Entry of an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 307, 3/9/21]

Additional Response/Objection Received:

CC.  Objection of Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC to Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 310, 3/10/21]

Additional Related Documents:

DD.  Supplemental Declaration of Patrick J. Bartels, Jr. in Support of Entry of the Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 312, 3/10/21]

EE.  Notice of Filing of Revised Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [D.I. 314, 3/11/21]

FF.  Debtors' Motion for an Order (I) Granting Leave and Permission to File Debtors' Response to Objection and Reservation of Rights of Blue Ridge Bank, N.A. to Confirmation of the Debtors' Joint Chapter 11 Plan; and (II) Granting Related Relief [D.I. 320, 3/14/21]

   i.  Order ((I) Granting Leave and Permission to File Debtors' Response to Objection and Reservation of Rights of Blue Ridge Bank, N.A. to Confirmation of the Debtors' Joint Chapter 11 Plan; and (II) Granting Related Relief [D.I. 324, 3/15/21]

**Status:**  The hearing on the sale of the Debtors' assets has been continued from March 15, 2021 at 10:00 a.m. (ET) to March 16, 2021 at 2:00 p.m. (ET).  **Please use the updated Zoom link on the first page of this agenda to register for the March 16, 2021 hearing.**

| | |
|---|---|
| Dated: March 15, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>            ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |