IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 36, 102, 303 & 314 |

**NOTICE OF FILING OF <u>FURTHER REVISED</u> PROPOSED ORDER (I) APPROVING ASSET PURCHASE AGREEMENT, (II) AUTHORIZING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES, (III) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on December 15, 2020, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 36] (the "<u>Motion</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, on January 7, 2021, the Bankruptcy Court entered that certain *Order (I) Approving the Bidding Procedures, (II) Scheduling the Bid Deadline and the Auction, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief* [Docket No. 102] (the "<u>Bidding Procedures Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, on March 9, 2021, the Debtors filed the *Notice of Filing of Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 303], which included a proposed form of sale order as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

27869702.2

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2021, the Debtors filed the *Notice of Filing of Revised Proposed Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of the Debtors' Assets Free and Clear of All Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 314], which included a revised proposed form of sale order (the "Proposed Sale Order") as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, on March 11, 2021, the Bankruptcy Court held a hearing (the "Hearing") to consider the sale of substantially all of the Debtors' assets. At the Hearing, the Bankruptcy Court directed the parties to participate in a mediation to resolve certain outstanding disputes. As a result of the successful mediation, the parties agreed to a further revised form of sale order (the "Post-Mediation Sale Order"), which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a blackline comparing the Proposed Sale Order to the Post-Mediation Sale Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Post-Mediation Sale Order to the Bankruptcy Court for approval at the adjourned Hearing, scheduled for March 16, 2021 at 2:00 p.m. (ET). The Debtors reserve their rights to further revise the Post-Mediation Sale Order prior to or during the Hearing.**

Dated: March 16, 2021
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
M. Blake Cleary (No. 3614)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: mbcleary@ycst.com
ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*