# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that, by authority of the United States Bankruptcy Court for the District of Delaware (the "Court"), the hearing (the "Hearing") previously scheduled to be held in the above-captioned cases on May 5, 2021 at 10:00 a.m. (ET) has been rescheduled to **April 28, 2021 at 11:00 a.m. (ET)**. All matters previously scheduled for the Hearing will be heard at that time.

*[Signature Block Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

27850030.1

| | |
|---|---|
| Dated: March 17, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>            ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |