

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

RECEIVED

MAR 1 8 2021

DOCUMENT CONTROL

SMALL BUSINESS/SELF-EMPLOYED DIVISION

03/03/2021

Filed: USBC - District of Delaware
BC Hospitality Group Inc., et al  (COR)
20-13103 (BLS)

**BCG**

0000000004

Epiq Bankruptcy Solutions LLC
777 Third Ave 12th Fl
New York, NY 10017

Re:

Re: 20-13104 DE01

Dear Claims Agent:

On 1/5/2021, a proof of claim was filed by the Internal Revenue Service for the above referenced corporation, case number 20-13104 DE01. The assigned Claim # is 1. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (856) 792-9237 or you may write to me at Internal Revenue Service, 51 Haddonfield Road Ste 300 Cherry Hill NJ 08002-4805

Sincerely,

Ruth A Ayling
Bankruptcy Specialist
Insolvency Group 1

**Internal Revenue Service**
Suite 300
51 Haddonfield Road
Cherry Hill, NJ 08002-4805

Official Business
Penalty for Private Use, $300

R. Ayling

PHILADELPHIA PA 190 NEOPOST         FIRST-CLASS MAIL
8 MAR 2021 PM 6 L    03/03/2021
                     US POSTAGE    $000.51⁰
                     US OFFICIAL MAIL
                     $300 Penalty
                     For Private Use
                     ZIP 08002
                     041M11120520

10017-130212

FILED / RECEIVED
MAR 1 8 2021
EPIQ