IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 28, 2021 AT 11:00 A.M. (ET)**

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN CANCELLED AND RESCHEDULED TO MAY 5, 2021 AT 10:00 A.M. (ET).  THE DEBTORS WILL FILE AN AGENDA FOR THE MAY 5, 2021 HEARING WITH NEW ZOOM INFORMATION.**

You must register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  **As part of the Court's protocol, please remember to register with ZOOM well in advance of the hearing in order to avoid being denied access.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Topic:  BC Hospitality – Case No.  20-13103 (BLS)
When: April 28, 2021 11:00 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItfuyhqT0oEwlAeNaUAl1DIE9bSV_vpxg**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] **Amended items appear in bold.**

28054594.1

**RESOLVED MATTERS**

1.  Debtors' Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 [D.I. 323, 3/15/21]

    Response/Objection Deadline:          March 29, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:        None

    Related Documents:

    A.   Certificate of No Objection [D.I. 371, 4/5/21]

    B.   Order [D.I. 372, 4/5/21]

    Status:   An order has been entered.

2.  Debtors' Motion for Entry of an Order (I) Authorizing Rejection of an Unexpired Lease of Nonresidential Real Property of Debtor BC West Hollywood LLC, Effective as of March 31, 2021; and (II) Granting Certain Related Relief [D.I. 364, 3/26/21]

    Response/Objection Deadline:          April 9, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:        None

    Related Documents:

    A.   Certificate of No Objection [D.I. 386, 4/13/21]

    B.   Order [D.I. 388, 4/14/21]

    Status:   An order has been entered.

3.  Debtors' Motion for Entry of an Order (I) Authorizing Rejection of Vehicle Lease Agreement and Corporate Guaranty Effective as of March 31, 2021; and (II) Granting Certain Related Relief [D.I. 365, 3/26/21]

    Response/Objection Deadline:          April 9, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:        None

    Related Documents:

    A.   Certificate of No Objection [D.I. 387, 4/13/21]

      B.     Order [D.I. 389, 4/14/21]

Status:    An order has been entered.

## MATTERS GOING FORWARD

4. Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases, (II) Authorizing the Debtors to Abandon Certain Property; (III) Authorizing the Debtor Entities to be Dissolved in Accordance with Applicable Law; and (IV) Granting Related Relief [D.I. 379, 4/7/21]

    Response/Objection Deadline:       April 9, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    United States Trustee's Limited Objection and Reservation of Rights [D.I. 393, 4/21/21]

        B.    Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC's Objection [D.I. 394, 4/21/21]

        C.    Informal comments from Century City Mall LLC

        **D.**    **Informal comments from counsel to Roberta Batazzi**

    Related Documents:

    **Status**:    **This matter has been adjourned to May 5, 2021 at 10:00 a.m. (ET).** The Debtors and the responding parties are negotiating resolutions to Items A and B. The Debtors intend to submit a revised proposed form of order prior to the hearing reflecting such resolutions. Item C is resolved in principle, subject to the Debtors' payment of certain claims following the closing of the sale of the Debtors' assets. **Item D is resolved in principle, subject to the submission of the revised proposed form of order.**

## FINAL FEE APPLICATIONS

5. Final Fee Applications (*See* Exhibit A attached hereto)

    Response/Objection Deadline:       *See* Exhibit A attached hereto

    Responses/Objections Received:      *See* Exhibit A attached hereto

Related Documents:

A.      Certification of Counsel [D.I. 396, 4/26/21]

**B.      Order [D.I. 398, 4/27/21]**

**Status:**    An order has been entered.

Dated: April 28, 2021
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
M. Blake Cleary (No. 3614)
Elizabeth S. Justison (No. 5911)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail:  mbcleary@ycst.com
             ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

28054594.1

**BC HOSPITALITY GROUP INC.,** *et al.*
**CASE NO. 20-13103 (BLS)**

## INDEX OF FINAL FEE APPLICATIONS

A. **Young Conaway Stargatt & Taylor, LLP – Counsel to the Debtors**

1. First Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from December 14, 2020 Through December 31, 2020 [D.I. 165, 1/20/21]

2. Certificate of No Objection [D.I. 220, 2/8/21]

3. Second Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2021 through January 31, 2021 [D.I. 224, 2/10/21]

4. Certificate of No Objection [D.I. 277, 3/1/21]

5. Third Monthly Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2021 through February 28, 2021 [D.I. 342, 3/23/21]

6. Certificate of No Objection [D.I. 381, 4/8/21]

7. Fourth Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Monthly Period from March 1, 2021 Through March 31, 2021 and the Final Period from December 14, 2020 Through and Including March 31, 2021 [D.I. 373, 4/6/21]

8. Supplement to the Fourth Monthly and Final Fee Application of Young Conaway Stargatt & Taylor, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Monthly Period from March 1, 2021 Through March 31, 2021 and the Final Period from December 14, 2020 Through and Including March 31, 2021 [D.I. 392, 4/21/21]

B. **Ankura Consulting Group – Financial and Restructuring Advisor to the Debtors**

1. First Monthly Application of Ankura Consulting Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial and Restructuring Advisor and Asset Sale Advisor to the Debtors and Debtors in Possession for the Period from December 14, 2020 Through December 31, 2020 [D.I. 200, 1/29/21]

2. Certificate of No Objection [D.I. 231, 2/17/21]

3. Second Monthly Application of Ankura Consulting Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial and Restructuring Advisor and Asset Sale Advisor to the Debtors and Debtors in Possession for the Period from January 1, 2021 Through January 31, 2021 [D.I. 239, 2/19/21]

4. Certificate of No Objection [D.I. 305, 3/9/21]

5. Third and Final Monthly Application of Ankura Consulting Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial and Restructuring Advisor and Asset Sale Advisor to the Debtors and Debtors in Possession for the Monthly Period from February 1, 2021 Through March 31, 2021 and the Final Period from December 14, 2020 Through March 31, 2021 [D.I. 370, 4/5/21]

C. **Ankura Consulting Group – Asset Sale Advisor to the Debtors**

1. First Monthly Fee Application of Ankura Consulting Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Sale Advisor to the Debtors and Debtors in Possession for the Period from December 14, 2020 to January 31, 2021 [D.I. 288, 3/4/21]

2. Certificate of No Objection [D.I. 340, 3/23/21]

3. Second and Final Monthly Fee Application of Ankura Consulting Group, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Sale Advisor to the Debtors and Debtors in Possession for the Monthly Period from February 1, 2021 Through March 16, 2021 and the Final Period from December 14, 2020 Through March 16, 2021 [D.I. 343, 3/23/21]

4. Certificate of No Objection [D.I. 382, 4/8/21]

D. **Epiq Corporate Restructuring, LLC – Administrative Advisor to the Debtors**

1. First and Final Fee Application of Epiq Corporate Restructuring, LLC, Administrative Advisor to the Debtors, for Allowance of Compensation for the Period from December 14, 2020 Through and Including March 16, 2021 [D.I. 341, 3/23/21]

2. Certificate of No Objection [D.I. 380, 4/8/21]

E.      **Jami B. Nimeroff, Subchapter V Trustee**

1.      First and Final Application of Subchapter V Trustee for Compensation for the Period from December 14, 2020 through March 31, 2021 [D.I. 374, 4/6/21]