IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 5, 2021 AT 10:00 A.M. (ET)**

**You must register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  As part of the Court's protocol, please remember to register with ZOOM well in advance of the hearing in order to avoid being denied access.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Topic:  CHLOE - Case No. 20-13103 (BLS)
When: May 5, 2021 10:00 AM Eastern Time (US and Canada)**

**Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJIsf-CrqDovHNyow3G--AbwIyQHr3UKt5w**

**After registering, you will receive a confirmation email containing information about joining the meeting.**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases, (II) Authorizing the Debtors to Abandon Certain Property; (III) Authorizing the Debtor Entities to be Dissolved in Accordance with Applicable Law; and (IV) Granting Related Relief [D.I. 379, 4/7/21]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

28064059.1

Response/Objection Deadline:		April 9, 2021 at 4:00 p.m. (ET)

Responses/Objections Received:

 A. United States Trustee's Limited Objection and Reservation of Rights [D.I. 393, 4/21/21]

 B. Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC's Objection [D.I. 394, 4/21/21]

 C. Informal comments from Century City Mall LLC

 D. Informal comments from counsel to Roberta Batazzi

Related Documents:

Status: The Debtors and the responding parties are negotiating resolutions to Items A and B.  The Debtors intend to submit a revised proposed form of order prior to the hearing reflecting such resolutions.  Item C is resolved in principle, subject to the Debtors' payment of certain claims following the closing of the sale of the Debtors' assets.  Item D is resolved in principle, subject to the submission of the revised proposed form of order.

Dated: May 3, 2021  
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*  
M. Blake Cleary (No. 3614)  
Elizabeth S. Justison (No. 5911)  
Rodney Square, 1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
E-mail:  mbcleary@ycst.com  
    ejustison@ycst.com

*Counsel to the Debtors and Debtors in Possession*