### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 379** |

### NOTICE OF FILING OF REVISED PROPOSED ORDER (I) DISMISSING THE DEBTORS' CHAPTER 11 CASES; (II) AUTHORIZING THE DEBTORS TO ABANDON CERTAIN PROPERTY; (III) AUTHORIZING THE DEBTOR ENTITIES TO BE DISSOLVED IN ACCORDANCE WITH APPLICABLE LAW; AND (IV) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on April 7, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Abandon Certain Property; (III) Authorizing the Debtor Entities to Be Dissolved in Accordance with Applicable Law; and (IV) Granting Related Relief* [Docket No. 379] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). A proposed form of order (the "Proposed Order") approving the Motion was attached to the Motion as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received formal and informal responses to the Motion from various parties, including (i) the Office of the United States Trustee for the District of Delaware, (ii) Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC, (iii) counsel to Century City Mall LLC, and (iv) counsel to Roberta Batazzi (collectively, the "Responding Parties").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Order (the "Revised Proposed Order") in response to comments provided by the Responding Parties and to reflect certain other revisions. The Revised Proposed Order is attached hereto as **Exhibit A**. A blackline comparing the Proposed Order to the Revised Proposed Order is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] All capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Proposed Order to the Court at the hearing (the "Hearing") scheduled for May 5, 2021 at 10:00 a.m. (ET). The Revised Proposed Order remains subject to further review and comment by the Debtors, the Responding Parties, and other parties in interest, and all rights are reserved in connection therewith.

| | |
|---|---|
| Dated: May 4, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>            ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

28046670.1