## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC HOSPITALITY GROUP INC., *et al.*,<br><br>Debtors.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MAY 5, 2021 AT 10:00 A.M. (ET)

> **You must register for the ZOOM call.  When registering, please copy and paste the below link to your browser.  As part of the Court's protocol, please remember to register with ZOOM well in advance of the hearing in order to avoid being denied access.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Topic:  CHLOE - Case No. 20-13103 (BLS)**
> **When: May 5, 2021 10:00 AM Eastern Time (US and Canada)**
>
> **Register in advance for this meeting:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsf-CrqDovHNyow3G--AbwIyQHr3UKt5w**
>
> **After registering, you will receive a confirmation email containing information about joining the meeting.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

[2] **Amended items appear in bold.**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Dismissing the Debtors' Chapter 11 Cases, (II) Authorizing the Debtors to Abandon Certain Property; (III) Authorizing the Debtor Entities to be Dissolved in Accordance with Applicable Law; and (IV) Granting Related Relief [D.I. 379, 4/7/21]

    Response/Objection Deadline:    April 9, 2021 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A. United States Trustee's Limited Objection and Reservation of Rights [D.I. 393, 4/21/21]

    B. Creditors Chloe Coscarelli, Chef Chloe, LLC, CC Hospitality Holdings LLC and CKC Sales, LLC's Objection [D.I. 394, 4/21/21]

    C. Informal comments from Century City Mall LLC

    D. Informal comments from counsel to Roberta Batazzi

    Related Documents:

    **E. Notice of Filing of Revised Proposed Order (I) Dismissing the Debtors' Chapter 11 Cases; (II) Authorizing the Debtors to Abandon Certain Property; (III) Authorizing the Debtor Entities to be Dissolved in Accordance with Applicable Law; and (IV) Granting Related Relief [D.I. 411, 5/4/21]**

    **F. Notice of (I) Sale Closing, (II) Assumption and Assignment of Contracts in Connection Therewith, and (III) Final Accounting of Sale Proceeds [D.I. 412, 5/4/21]**

    **G. Certification of Counsel Regarding Revised Proposed Order (I) Dismissing the Chapter 11 Cases; and (II) Granting Related Relief [D.I. 413, 5/4/21]**

    **Status:** **All responses have been resolved and a revised proposed order has been submitted under certification of counsel. No hearing is necessary unless the Court has questions.**

| | |
|---|---|
| Dated: May 4, 2021<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP**<br><br>*/s/ Elizabeth S. Justison*<br>M. Blake Cleary (No. 3614)<br>Elizabeth S. Justison (No. 5911)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>E-mail:  mbcleary@ycst.com<br>            ejustison@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |