| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 1<br>Claim Date: 01/05/2021<br>Debtor: BC HOSPITALITY GROUP LLC<br>Comments: WITHDRAWN<br>DOCKET: 344 (03/24/2021) |
|---|---|
| PRIORITY          Claimed: | $595,986.75   UNLIQ |

| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 2<br>Claim Date: 01/05/2021<br>Debtor: BC COMMISSARY NJ LLC<br>Comments: WITHDRAWN<br>DOCKET: 345 (03/24/2021) |
|---|---|
| PRIORITY          Claimed: | $155,059.69   UNLIQ |

| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 3<br>Claim Date: 01/05/2021<br>Debtor: E2 185 BLEECKER LLC<br>Comments: WITHDRAWN<br>DOCKET: 346 (03/24/2021) |
|---|---|
| PRIORITY          Claimed: | $76,291.72   UNLIQ |

| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 4<br>Claim Date: 01/05/2021<br>Debtor: E2 60 WEST 22ND STREET LLC<br>Comments: WITHDRAWN<br>DOCKET: 347 (03/24/2021) |
|---|---|
| PRIORITY          Claimed: | $98,066.27   UNLIQ |

| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 5<br>Claim Date: 01/05/2021<br>Debtor: BC WILLIAMSBURG LLC<br>Comments: WITHDRAWN<br>DOCKET: 349 (03/24/2021) |
|---|---|
| PRIORITY          Claimed: | $57,589.30   UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 6<br>Claim Date: 01/05/2021<br>Debtor: BCRC LLC<br>Comments: WITHDRAWN<br>DOCKET: 350 (03/24/2021) | |
| PRIORITY          Claimed: | $85,039.87   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 7<br>Claim Date: 01/05/2021<br>Debtor: CW SSS LLC<br>Comments: WITHDRAWN<br>DOCKET: 351 (03/24/2021) | |
| PRIORITY          Claimed: | $55,329.68   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 8<br>Claim Date: 01/05/2021<br>Debtor: BC UNION SQUARE LLC<br>Comments: WITHDRAWN<br>DOCKET: 352 (03/24/2021) | |
| PRIORITY          Claimed: | $103,701.25   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 9<br>Claim Date: 01/05/2021<br>Debtor: BC 1385 BROADWAY LLC<br>Comments: WITHDRAWN<br>DOCKET: 353 (03/24/2021) | |
| PRIORITY          Claimed: | $62,177.73   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 10<br>Claim Date: 01/05/2021<br>Debtor: BC 630 LEXINGTON LLC<br>Comments: WITHDRAWN<br>DOCKET: 354 (03/24/2021) | |
| PRIORITY          Claimed: | $56,753.28   UNLIQ | |

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 11<br>Claim Date: 01/05/2021<br>Debtor: CCSW FENWAY LLC<br>Comments: WITHDRAWN<br>DOCKET: 355 (03/24/2021) | |
| PRIORITY            Claimed: | $27,788.63   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 12<br>Claim Date: 01/05/2021<br>Debtor: E2 SEAPORT LLC<br>Comments: WITHDRAWN<br>DOCKET: 356 (03/24/2021) | |
| PRIORITY            Claimed: | $21,861.90   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 13<br>Claim Date: 01/05/2021<br>Debtor: BC BACK BAY LLC<br>Comments: WITHDRAWN<br>DOCKET: 357 (03/24/2021) | |
| PRIORITY            Claimed: | $41,879.80   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 14<br>Claim Date: 01/05/2021<br>Debtor: BC PROVIDENCE LLC<br>Comments: WITHDRAWN<br>DOCKET: 358 (03/24/2021) | |
| PRIORITY            Claimed: | $24,146.44   UNLIQ | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim Number: 15<br>Claim Date: 01/05/2021<br>Debtor: BC SILVER LAKE LLC<br>Comments: WITHDRAWN<br>DOCKET: 359 (03/24/2021) | |
| PRIORITY            Claimed: | $43,291.07   UNLIQ | |

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILDELPHIA, PA 19101-7346 | Claim Number: 16<br>Claim Date: 01/05/2021<br>Debtor: E2 LAFAYETTE LLC<br>Comments: WITHDRAWN<br>DOCKET: 348 (03/24/2021) | | | |
| PRIORITY | Claimed: | $54,807.40  UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 17<br>Claim Date: 01/05/2021<br>Debtor: BC UNION SQUARE LLC | | | |
| PRIORITY | Claimed: | $188.31 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $845.47 | | |

| | | | | |
|---|---|---|---|---|
| NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 18<br>Claim Date: 01/05/2021<br>Debtor: BC 630 LEXINGTON LLC | | | |
| PRIORITY | Claimed: | $9.73 | | |
| UNSECURED | Claimed: | $1,063.27 | | |

| | | | | |
|---|---|---|---|---|
| NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 19<br>Claim Date: 01/05/2021<br>Debtor: BC BACK BAY LLC | | | |
| PRIORITY | Claimed: | $118.57 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $4.48 | | |

| | | | | |
|---|---|---|---|---|
| NY STATE DEPT OF TAXAXTION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 20<br>Claim Date: 01/05/2021<br>Debtor: BCRC LLC | | | |
| PRIORITY | Claimed: | $33.43 | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $3,653.09 | | |

Numerical Claims Register for BC HOSPITALITY GROUP INC (ALL DEBTORS)

---

NY STATE DEPT OF TAXATION AND FINANCE
ATTN BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 21
Claim Date: 01/14/2021
Debtor: BC HOSPITALITY GROUP LLC

| PRIORITY | Claimed: | $842.23 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $142.50 UNLIQ | | |

NY STATE DEPT OF TAXATION AND FINANCE
ATTN BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 22
Claim Date: 01/19/2021
Debtor: BC HOSPITALITY GROUP INC.

| PRIORITY | Claimed: | $1,137.36 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $132.60 | | |

SASSOON & CYMROT LLP
84 STATE ST
BOSTON, MA 02460

Claim Number: 23
Claim Date: 01/19/2021
Debtor: BC HOSPITALITY GROUP INC.

| UNSECURED | Claimed: | $51,827.46 |
|---|---|---|

CITY OF BOSTON
ATTN TREASURY DEPT, BANKRUPTCY COOR
CITY HALL, RM M-5
ONE CITY HALL SQUARE, MA 02201

Claim Number: 24
Claim Date: 01/19/2021
Debtor: BC HOSPITALITY GROUP INC.

| PRIORITY | Claimed: | $15,548.66 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | | |

CITY OF BOSTON
ATTN TREASURY DEPT, BANKRUPTCY COOR
CITY HALL, RM M-5
ONE CITY HALL SQUARE, MA 02201

Claim Number: 25
Claim Date: 01/19/2021
Debtor: BC HOSPITALITY GROUP INC.

| UNSECURED | Claimed: | $35,667.43 |
|---|---|---|

---

---

COHNREZNICK LLP
ATTN MICHELLE FLEISHMAN
14 SYLVAN WAY
PARSIPPANY, NJ 07054

Claim Number: 26
Claim Date: 01/21/2021
Debtor: BC HOSPITALITY GROUP INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,000.00 | | |

KETER ENVIRONMENTAL SERVICES INC
ATTN K BREEN, ESQ
4 HIGH RIDGE PARK, STE 202
STAMFORD, CT 06905

Claim Number: 27
Claim Date: 01/25/2021
Debtor: BC HOSPITALITY GROUP INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,885.09 | | |

GEM PLUMBING & HEATING SERVICES LLC
1 WELLINGTON RD
LINCOLN, RI 02865

Claim Number: 28
Claim Date: 01/28/2021
Debtor: BC PROVIDENCE LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $864.50 | Scheduled: | $374.50 |

WB MASON CO INC
59 CENTRE ST
BROCKTON, MA 02301

Claim Number: 29
Claim Date: 01/28/2021
Debtor: BC HOSPITALITY GROUP INC.

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,989.03 | | |
| UNSECURED | Claimed: | $5,626.70 | | |

CALIFORNIA DEPARTMENT OF TAX & FEE ADMIN
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 30
Claim Date: 02/01/2021
Debtor: BC SILVER LAKE LLC
Comments:
Claim Out of Balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $190.00 | Scheduled: | $0.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| SASSOON & CYMROT LLP<br>84 STATE ST<br>BOSTON, MA 02460 | | Claim Number: 31<br>Claim Date: 01/28/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| UNSECURED | Claimed: | $51,827.46 | | |
| WEST HOLLYWOOD DEVELOPMENT CO LLC<br>C/O JACK RIFENBARK<br>1803 PONTIUS AVE<br>LOS ANGELES, CA 90025 | | Claim Number: 32<br>Claim Date: 02/02/2021<br>Debtor: BC WEST HOLLYWOOD LLC | | |
| UNSECURED | Claimed: | $33,314.99 | | |
| CLEAN AIR GROUP TRUCKING CORP<br>154-05 12TH AVE<br>WHITESTONE, NY 11357 | | Claim Number: 33<br>Claim Date: 02/03/2021<br>Debtor: E2 185 BLEECKER LLC | | |
| UNSECURED | Claimed: | $734.91 | Scheduled: | $734.91 |
| IRA WEISSMAN & IWONA WEISSMAN AS TTEES<br>C/O WEISS ZARETT BROFMAN, ET AL<br>3333 NEW HYDE PARD RD<br>NEW HYDE PARK, NY 11042 | | Claim Number: 34<br>Claim Date: 02/04/2021<br>Debtor: E2 LAFAYETTE LLC | | |
| UNSECURED | Claimed: | $306,707.69 | | |
| DEPARTMENT OF TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Claim Number: 35<br>Claim Date: 02/04/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| PRIORITY | Claimed: | $5,576.32 | | |
| UNSECURED | Claimed: | $851.73 | | |

| | | | | | |
|---|---|---|---|---|---|
| MIAMI-DADE COUNTY TAX COLLECTOR<br>200 NW 2ND AVE, STE 430<br>MIAMI, FL 33128 | | Claim Number: 36<br>Claim Date: 02/04/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | | |
| SECURED | Claimed: | $19,279.18   UNLIQ | | | |
| FRANCHISE TAX BOARD<br>ATTN BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 37<br>Claim Date: 02/04/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | | |
| PRIORITY | Claimed: | $1,731.73 | | | |
| UNSECURED | Claimed: | $122.49 | | | |
| LA SPECIALTY PRODUCE CO INC<br>13527 ORDEN DR<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 38<br>Claim Date: 02/09/2021<br>Debtor: BC SILVER LAKE LLC | | | |
| PRIORITY | Claimed: | $3,894.79 | | | |
| UNSECURED | | | Scheduled: | $3,777.91 | |
| CENTURY CITY MALL LLC<br>C/O BARCLAY DAMON LLP<br>ATTN NICLAS FERLAND, ESQ<br>545 LONG WHARF DR, 9TH FL<br>NEW HAVEN, CT 06511 | | Claim Number: 39<br>Claim Date: 02/09/2021<br>Debtor: BC CENTURY CITY LLC<br>Comments: POSSIBLY AMENDED BY 56 | | | |
| SECURED | Claimed: | $37,392.84 | | | |
| UNSECURED | Claimed: | $56,348.66 | Scheduled: | $127,831.01 | |
| CENTURY CITY MALL LLC<br>C/O BARCLAY DAMON LLP<br>ATTN NICLAS FERLAND, ESQ<br>545 LONG WHARF DR, 9TH FL<br>NEW HAVEN, CT 06511 | | Claim Number: 40<br>Claim Date: 02/09/2021<br>Debtor: BC HOSPITALITY GROUP LLC<br>Comments: POSSIBLY AMENDED BY 55 | | | |
| SECURED | Claimed: | $37,392.84 | | | |
| UNSECURED | Claimed: | $56,348.66 | | | |

| USADVISORS.ORG LLC<br>ATTN MICHAEL GIBSON<br>1994 E SUNRISE BLVD, #199<br>FORT LAUDERDALE, FL 33304 | | Claim Number: 41<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|---|
| PRIORITY | Claimed: | $13,650.00 |
| UNSECURED | Claimed: | $16,350.00 |
| BORDERLIW INC<br>C/O TOPTANI LAW PLLC<br>ATTN EDWARD TOPTANI<br>375 PEARL ST, STE 1410<br>NEW YORK, NY 10038 | | Claim Number: 42<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $113,039.05 |
| BERTBERN REALTY CORP<br>C/O TOPTANI LAW PLLC<br>ATTN EDWARD TOPTANI<br>375 PEARL ST, STE 1410<br>NEW YORK, NY 10038 | | Claim Number: 43<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $113,039.05 |
| TRUST FBO SUSAN REAVES<br>C/O TOPTANI LAW PLLC<br>ATTN EDWARD TOPTANI<br>375 PEARL ST, STE 1410<br>NEW YORK, NY 10038 | | Claim Number: 44<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| SECURED | Claimed: | $56,519.50 |
| TRUST FBO PETER MAYER<br>C/O TOPTANI LAW PLLC<br>ATTN EDWARD TOPTANI<br>375 PEARL ST, STE 1410<br>NEW YORK, NY 10038 | | Claim Number: 45<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| SECURED | Claimed: | $56,519.50 |

| JACKSON LEWIS PC | Claim Number: 46 |
| 1133 WESTCHESTER AVE, STE S125 | Claim Date: 02/09/2021 |
| WEST HARRISON, NY 10604 | Debtor: BC HOSPITALITY GROUP INC. |

| UNSECURED | Claimed: | $9,005.90 |

| FRANCHSE TAX BOARD | Claim Number: 47 |
| ATTN BANKRUPTCY SECTION MS A340 | Claim Date: 02/11/2021 |
| PO BOX 2952 | Debtor: BC SILVER LAKE LLC |
| SACRAMENTO, CA 95812-2952 | |

| PRIORITY | Claimed: | $143.80 |
| UNSECURED | Claimed: | $1,518.88 |

| FRANCHISE TAX BOARD | Claim Number: 48 |
| ATTN BANKRUPTCY SECTION MS A340 | Claim Date: 02/11/2021 |
| PO BOX 2952 | Debtor: BC HOSPITALITY GROUP LLC |
| SACRAMENTO, CA 95812-2952 | |

| PRIORITY | Claimed: | $1,690.65 |
| UNSECURED | Claimed: | $180.84 |

| CITY OF BOSTON | Claim Number: 49 |
| ATTN TREASURY DEPT, BANKRUPTCY COOR | Claim Date: 03/19/2021 |
| CITY HALL, RM M-5 | Debtor: BC HOSPITALITY GROUP INC. |
| ONE CITY HALL SQ | |
| BOSTON, MA 02201 | |

| PRIORITY | Claimed: | $932.01 |

| CITY OF BOSTON | Claim Number: 50 |
| ATTN TREASURY DEPT, BANKRUPTCY COOR | Claim Date: 03/19/2021 |
| CITY HALL, RM M-5 | Debtor: BC HOSPITALITY GROUP INC. |
| ONE CITY HALL SQ | |
| BOSTON, MA 02201 | |

| PRIORITY | Claimed: | $6,384.98 |

| | | |
|---|---|---|
| CITY OF BOSTON<br>ATTN TREASURY DEPT, BANKRUPTCY COOR<br>CITY HALL, RM M-5<br>ONE CITY HALL SQ<br>BOSTON, MA 02201 | | Claim Number: 51<br>Claim Date: 03/19/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| PRIORITY | Claimed: | $6,325.51 |
| CITY OF BOSTON<br>ATTN TREASURY DEPT, BANKRUPTCY COOR<br>CITY HALL, RM M-5<br>ONE CITY HALL SQ<br>BOSTON, MA 02201 | | Claim Number: 52<br>Claim Date: 03/19/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| PRIORITY | Claimed: | $4,564.23 |
| CITY OF BOSTON<br>ATTN TREASURY DEPT, BANKRUPTCY COOR<br>CITY HALL, RM M-5<br>ONE CITY HALL SQ<br>BOSTON, MA 02201 | | Claim Number: 53<br>Claim Date: 03/19/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| PRIORITY | Claimed: | $1,861.47 |
| CITY OF BOSTON<br>ATTN TREASURY DEPT, BANKRUPTCY COOR<br>CITY HALL, RM M-5<br>ONE CITY HALL SQ<br>BOSTON, MA 02201 | | Claim Number: 54<br>Claim Date: 03/19/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| PRIORITY | Claimed: | $1,908.92 |
| CENTURY CITY MALL LLC<br>C/O BARCLAY DAMON LLP<br>ATTN NICLAS FERLAND, ESQ<br>545 LONG WHARF DR, 9TH FL<br>NEW HAVEN, CT 06511 | | Claim Number: 55<br>Claim Date: 03/19/2021<br>Debtor: BC HOSPITALITY GROUP LLC<br>Comments:<br>AMENDS CLAIM #40; Claim out of balance |
| SECURED | Claimed: | $37,392.84 |
| UNSECURED | Claimed: | $379,679.34 |
| TOTAL | Claimed: | $418,870.94 |

| | | | |
|---|---|---|---|
| CENTURY CITY MALL LLC<br>C/O BARCLAY DAMON LLP<br>ATTN NICLAS FERLAND, ESQ<br>545 LONG WHARF DR, 9TH FL<br>NEW HAVEN, CT 06511 | | Claim Number: 56<br>Claim Date: 03/19/2021<br>Debtor: BC CENTURY CITY LLC<br>Comments:<br>AMENDS CLAIM #39; Claim out of balance | |
| SECURED | Claimed: | $37,392.84 | |
| UNSECURED | Claimed: | $379,679.34 | |
| TOTAL | Claimed: | $418,870.94 | |
| LARDER BAKING COMPANY<br>ATTN JENNIFER MACY<br>8990 NATIONAL BLVD<br>LOS ANGELES, CA 90034 | | Claim Number: 57<br>Claim Date: 04/01/2021<br>Debtor: BC SILVER LAKE LLC | |
| UNSECURED | Claimed: | $703.42 | |
| PSE&G<br>ATTN BANKRUPTCY DEPT<br>PO BOX 709<br>NEWARK, NJ 07101 | | Claim Number: 58<br>Claim Date: 03/26/2021<br>Debtor: BC HOSPITALITY GROUP INC. | |
| UNSECURED | Claimed: | $1,606.09 | |
| NSTAR ELECTRIC<br>D/B/A EVERSOURCE ENERGY<br>C/O HONOR HEATH<br>107 SELDEN ST<br>BERLIN, CT 06037 | | Claim Number: 59<br>Claim Date: 03/30/2021<br>Debtor: BC HOSPITALITY GROUP INC. | |
| UNSECURED | Claimed: | $5,739.59 | |
| NY STATE DEPT OF TAXATION AND FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 60<br>Claim Date: 04/08/2021<br>Debtor: BC COMMISSARY NJ LLC | |
| PRIORITY | Claimed: | $5,304.80 | UNLIQ |
| UNSECURED | Claimed: | $900.31 | UNLIQ |

| | | |
|---|---|---|
| NYC DEPT OF FINANCE<br>C/O TAX AUDIT & ENFORCEMENT DIVISION<br>ATTN BANKRUPTCY UNIT<br>375 PEARL ST<br>NEW YORK, NY 10038 | Claim Number: 61<br>Claim Date: 04/29/2021<br>Debtor: E2 185 BLEECKER LLC | |

| PRIORITY | Claimed: | $29,553.89 |
|---|---|---|

| | | |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Claim Number: 20000<br>Claim Date: 01/08/2021<br>Debtor: BC HOSPITALITY GROUP LLC | |

| UNSECURED | Claimed: | $10,318.64 |
|---|---|---|

| | | |
|---|---|---|
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | Claim Number: 20001<br>Claim Date: 01/11/2021<br>Debtor: BC 1385 BROADWAY LLC | |

| UNSECURED | Claimed: | $677.46 |
|---|---|---|

| | | |
|---|---|---|
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | Claim Number: 20002<br>Claim Date: 01/11/2021<br>Debtor: BC WILLIAMSBURG LLC | |

| UNSECURED | Claimed: | $714.52 |
|---|---|---|

| | | |
|---|---|---|
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | Claim Number: 20003<br>Claim Date: 01/11/2021<br>Debtor: CW SSS LLC | |

| UNSECURED | Claimed: | $387.39 | Scheduled: | $216.96 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | | Claim Number: 20004<br>Claim Date: 01/11/2021<br>Debtor: E2 60 WEST 22ND STREET LLC | | | |
| UNSECURED | Claimed: | $704.54 | Scheduled: | $485.70 | |
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | | Claim Number: 20005<br>Claim Date: 01/11/2021<br>Debtor: E2 LAFAYETTE LLC | | | |
| UNSECURED | Claimed: | $736.54 | Scheduled: | $713.70 | |
| ORWASHERS BAKERY<br>1187 E 156TH ST<br>BRONX, NY 10474 | | Claim Number: 20006<br>Claim Date: 01/11/2021<br>Debtor: BCRC LLC | | | |
| UNSECURED | Claimed: | $1,155.56 | Scheduled: | $976.70 | |
| VARELA, GILBERTO<br>C/O BRENT A FRIEDMAN PA<br>78 SW 7TH ST, 5TH FL<br>MIAMI, FL 33130 | | Claim Number: 20007<br>Claim Date: 01/11/2021<br>Debtor: E2 60 WEST 22ND STREET LLC | | | |
| UNSECURED | Claimed: | $500,000.00 | | | |
| NATIONAL GRID<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202 | | Claim Number: 20008<br>Claim Date: 01/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | | |
| UNSECURED | Claimed: | $5,477.10 | | | |

| | | | | |
|---|---|---|---|---|
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 9564<br>BOSTON, MA 02114-9564 | | Claim Number: 20009<br>Claim Date: 01/13/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| PRIORITY | Claimed: | $241.89 | Scheduled: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $670.04 | | |
| BOSTON BUSINESS PRINTING INC<br>115 BROAD ST, BSMT<br>BOSTON, MA 02110 | | Claim Number: 20010<br>Claim Date: 01/13/2021<br>Debtor: E2 SEAPORT LLC | | |
| ADMINISTRATIVE | Claimed: | $983.88 | | |
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PLACE, 18 FL<br>NEW YORK, NY 10003 | | Claim Number: 20011<br>Claim Date: 01/14/2021<br>Debtor: E2 60 WEST 22ND STREET LLC | | |
| UNSECURED | Claimed: | $137.21 | | |
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PLACE, 18 FL<br>NEW YORK, NY 10003 | | Claim Number: 20012<br>Claim Date: 01/14/2021<br>Debtor: E2 LAFAYETTE LLC | | |
| UNSECURED | Claimed: | $3,151.70 | | |
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PLACE, 18 FL<br>NEW YORK, NY 10003 | | Claim Number: 20013<br>Claim Date: 01/14/2021<br>Debtor: BC WILLIAMSBURG LLC | | |
| UNSECURED | Claimed: | $6,204.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PLACE, 18 FL<br>NEW YORK, NY 10003 | | Claim Number: 20014<br>Claim Date: 01/14/2021<br>Debtor: BC 1385 BROADWAY LLC | | | |
| UNSECURED | Claimed: | $12.00 | | | |
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PL, 18TH FL<br>NEW YORK, NY 10003 | | Claim Number: 20015<br>Claim Date: 01/15/2021<br>Debtor: BC 630 LEXINGTON LLC | | | |
| UNSECURED | Claimed: | $4,141.91 | | | |
| CONSOLIDATED EDISON<br>ATTN BANKRUPTCY GROUP<br>4 IRVING PL, 18TH FL<br>NEW YORK, NY 10003 | | Claim Number: 20016<br>Claim Date: 01/15/2021<br>Debtor: E2 185 BLEECKER LLC | | | |
| UNSECURED | Claimed: | $8,001.72 | | | |
| PRO-TEK SERVICES NY LLC<br>C/O TANYA TUZZOLINO<br>1670 OLD COUNTRY RD, STE 202<br>PLAINVIEW, NY 11803 | | Claim Number: 20017<br>Claim Date: 01/15/2021<br>Debtor: BC COMMISSARY NJ LLC | | | |
| UNSECURED | Claimed: | $14,327.78 | Scheduled: | $3,434.55 | |
| REDBRIDGE BEDFORD LLC<br>C/O REDSKY CAPITAL LLC<br>3 HOPE ST<br>BROOKLYN, NY 11211 | | Claim Number: 20018<br>Claim Date: 01/20/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | | |
| UNSECURED | Claimed: | $296,052.13 | | | |

RESTAURANT HR GROUP INC
1900 E GOLF RD, STE 950
SCHAUMBURG, IL 60173

Claim Number: 20019
Claim Date: 01/21/2021
Debtor: BC HOSPITALITY GROUP LLC

| UNSECURED | Claimed: | $2,725.81 | Scheduled: | $6,500.00 |
|---|---|---|---|---|

SULLIVAN, ALEXANDRA
17 CENTRAL ST
WINCHESTER, MA 01890-2603

Claim Number: 20020
Claim Date: 01/22/2021
Debtor: BC HOSPITALITY GROUP INC.

| UNSECURED | Claimed: | $2,010.00 |
|---|---|---|

HUDSON SQUARE PROPERTIES LLC
345 HUDSON, 12TH FL
NEW YORK, NY 10014

Claim Number: 20021
Claim Date: 01/27/2021
Debtor: BC HOSPITALITY GROUP INC.

| ADMINISTRATIVE | Claimed: | $11,803.59 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $183,483.23 | UNLIQ |

BRANDIBBLE CO
220 E ILLINOIS ST, STE 3611
CHICAGO, IL 60611

Claim Number: 20022
Claim Date: 01/28/2021
Debtor: BC HOSPITALITY GROUP INC.

| UNSECURED | Claimed: | $1,172.03 |
|---|---|---|

BLUE RIDGE BANK NA
C/O WILLIAMS MULLEN
ATTN MICHAEL D MUELLER, ESQ
200 S 10TH ST, STE 1600
RICHMOND, VA 23219

Claim Number: 20023
Claim Date: 01/28/2021
Debtor: BC HOSPITALITY GROUP INC.

| UNSECURED | Claimed: | $2,689,854.75 | Scheduled: | $2,672,900.00 UNLIQ |
|---|---|---|---|---|

| WESTERN EXTERMINATOR<br>C/O RENTOKIL NORTH AMERICA<br>ATTN BANKRUPTCY TEAM<br>1125 BERKSHIRE BLVD, STE 150<br>READING, PA 19610 | Claim Number: 20024<br>Claim Date: 02/01/2021<br>Debtor: BC SILVER LAKE LLC |
|---|---|

| UNSECURED | Claimed: | $214.00 | Scheduled: | $107.00 |
|---|---|---|---|---|

| FULL POINT GRAPHICS LLC<br>183 LORRAINE ST, #3507<br>BROOKLYN, NY 11231 | Claim Number: 20025<br>Claim Date: 02/03/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $1,437.15 |
|---|---|---|

| FULL POINT GRAPHICS LLC<br>183 LORRAINE ST, #3507<br>BROOKLYN, NY 11231 | Claim Number: 20026<br>Claim Date: 02/03/2021<br>Debtor: BC 1385 BROADWAY LLC |
|---|---|

| UNSECURED | Claimed: | $203.60 |
|---|---|---|

| FULL POINT GRAPHICS LLC<br>183 LORRAINE ST, #3507<br>BROOKLYN, NY 11231 | Claim Number: 20027<br>Claim Date: 02/03/2021<br>Debtor: BC 1385 BROADWAY LLC |
|---|---|

| UNSECURED | Claimed: | $108.88 |
|---|---|---|

| FULL POINT GRAPHICS LLC<br>183 LORRAINE ST, #3507<br>BROOKLYN, NY 11231 | Claim Number: 20028<br>Claim Date: 02/03/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $391.95 |
|---|---|---|

| WS SEAPORT L-1 LLC<br>C/O GOULSTON & STORRS PC<br>ATTN PETER D BILOWZ<br>400 ATLANTIC AVE<br>BOSTON, MA 02110 | | Claim Number: 20029<br>Claim Date: 02/07/2021<br>Debtor: E2 SEAPORT LLC | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,792.28   UNLIQ | | |
| UNSECURED | Claimed: | $723,669.22   UNLIQ | Scheduled: | $5,927.11 |
| DAIRYLAND USA CORP<br>C/O REED SMITH LLP<br>ATTN CHRISTOPHER A LYNCH<br>599 LEXINGTON AVE, 24TH FL<br>NEW YORK, NY 10022 | | Claim Number: 20030<br>Claim Date: 02/08/2021<br>Debtor: E2 SEAPORT LLC | | |
| ADMINISTRATIVE | Claimed: | $371.43 | | |
| UNSECURED | | | Scheduled: | $371.43 |
| DAIRYLAND USA CORP<br>C/O REED SMITH LLP<br>ATTN CHRISTOPHER A LYNCH<br>599 LEXINGTON AVE, 24TH FL<br>NEW YORK, NY 10022 | | Claim Number: 20031<br>Claim Date: 02/08/2021<br>Debtor: CCSW FENWAY LLC | | |
| UNSECURED | Claimed: | $2,146.32 | | |
| DAIRYLAND USA CORP<br>C/O REED SMITH LLP<br>ATTN CHRISTOPHER A LYNCH<br>599 LEXINGTON AVE, 24TH FL<br>NEW YORK, NY 10022 | | Claim Number: 20032<br>Claim Date: 02/08/2021<br>Debtor: BC BACK BAY LLC | | |
| ADMINISTRATIVE | Claimed: | $438.62 | | |
| UNSECURED | | | Scheduled: | $438.62 |
| ISUZU FINANCE OF AMERICA INC<br>C/O DRESSLER PETERS LLC<br>ATTN DENNIS DRESSLER<br>70 W HUBBARD ST, STE 200<br>CHICAGO, IL 60654 | | Claim Number: 20033<br>Claim Date: 02/08/2021<br>Debtor: BC COMMISSARY NJ LLC | | |
| UNSECURED | Claimed: | $40,038.58 | | |

BC HOSPITALITY GROUP INC.  Case 20-13103-BLS  Doc 419  Filed 05/06/21  Page 20 of 28
Numerical Claims Register for BC HOSPITALITY GROUP INC (ALL DEBTORS)

Date: 05/05/2021

| ISUZU FINANCE OF AMERICA INC | | Claim Number: 20034 | | |
| C/O DRESSLER PETERS LLC | | Claim Date: 02/08/2021 | | |
| ATTN DENNIS DRESSLER | | Debtor: BC HOSPITALITY GROUP LLC | | |
| 70 W HUBBARD ST, STE 200 | | | | |
| CHICAGO, IL 60654 | | | | |
| SECURED | | | Scheduled: | $24,994.16 |
| UNSECURED | Claimed: | $40,038.58 | | |

| BOYLSTON WEST LLC | | Claim Number: 20035 | | |
| C/O GOULSTON & STORRS PC | | Claim Date: 02/08/2021 | | |
| ATTN PETER D BILOWZ | | Debtor: CCSW FENWAY LLC | | |
| 400 ATLANTIC AVE | | | | |
| BOSTON, MA 02110 | | | | |
| ADMINISTRATIVE | Claimed: | $13,896.55 | | |
| SECURED | Claimed: | $65,850.00 | | |
| UNSECURED | Claimed: | $439,948.47 | Scheduled: | $207,518.13 |

| HELLSTRAND, PATRIK | | Claim Number: 20036 | | |
| 2967 CREST RD | | Claim Date: 02/08/2021 | | |
| RANCHO PALOS VERDES, CA 90275 | | Debtor: BC HOSPITALITY GROUP INC. | | |
| UNSECURED | Claimed: | $172,288.48 | Scheduled: | $0.00 UNLIQ |

| DIGOU, ANDRE S | | Claim Number: 20037 | | |
| C/O CHACE RUTTENBERG & FREEDMAN LLP | | Claim Date: 02/09/2021 | | |
| 1 PARK ROW, STE 300 | | Debtor: BC PROVIDENCE LLC | | |
| PROVIDENCE, RI 02903 | | Comments: POSSIBLY AMENDED BY 20038 | | |
| ADMINISTRATIVE | Claimed: | $26,544.00 | | |
| UNSECURED | Claimed: | $126,427.55 | | |

| BAKER, CAROL | | Claim Number: 20038 | | |
| C/O CHACE RUTTENBERG & FREEDMAN LLP | | Claim Date: 02/09/2021 | | |
| ATTN ANDRE S DIGOU, ESQ | | Debtor: BC PROVIDENCE LLC | | |
| 1 PARK ROW, STE 300 | | Comments: | | |
| PROVIDENCE, RI 02903 | | AMENDS CLAIM #20037 | | |
| ADMINISTRATIVE | Claimed: | $26,544.00 | | |
| UNSECURED | Claimed: | $126,427.55 | Scheduled: | $7,608.53 |

| | | |
|---|---|---|
| COSCARELLI, CHLOE<br>C/O PATRICK M ARENZ<br>800 LASALLE AVE, STE 2800<br>MINNEAPOLIS, MN 55402 | | Claim Number: 20039<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $11,611,106.00   UNLIQ |
| CHEF CHLOE LLC<br>C/O PATRICK M ARENZ<br>800 LASALLE AVE, STE 2800<br>MINNEAPOLIS, MN 55402 | | Claim Number: 20040<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $2,265,838.60   UNLIQ |
| CC HOSPITALITY HOLDINGS LLC<br>C/O PATRICK M ARENZ<br>800 LASALLE AVE, STE 2800<br>MINNEAPOLIS, MN 55402 | | Claim Number: 20041<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $5,836,688.00   UNLIQ |
| CKC SALES LLC<br>C/O PATRICK M ARENZ<br>800 LASALLE AVE, STE 2800<br>MINNEAPOLIS, MN 55402 | | Claim Number: 20042<br>Claim Date: 02/10/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $450,000.00   UNLIQ |
| GOLKIN, GREGORY<br>C/O KITCHEN FUND LP<br>500 PARK AVE, 4TH FL<br>NEW YORK, NY 10022 | | Claim Number: 20043<br>Claim Date: 02/11/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | | | |
|---|---|---|---|---|
| QOOT INTERNATIONAL<br>ATTN SIMON WRIGHT<br>11 DOVER STREET<br>LONDON  W1S 4LH,<br>UNITED KINGDOM | | Claim Number: 20044<br>Claim Date: 02/11/2021<br>Debtor: BC INTERNATIONAL LLC | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| PRYOR CASHMAN LLP<br>ATTN RICHARD LEVY JR, ESQ &<br>ERIC B WOLDNBERG, ESQ<br>7 TIMES SQ<br>NEW YORK, NY 10036 | | Claim Number: 20045<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP LLC | | |
| UNSECURED | Claimed: | $293,261.15 | Scheduled: | $136,496.32 |
| PRYOR CASHMAN LLP<br>ATTN RICHARD LEVY JR, ESQ &<br>ERIC B WOLDENBERG, ESQ<br>7 TIMES SQ<br>NEW YORK, NY 10036 | | Claim Number: 20046<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| UNSECURED | Claimed: | $293,261.15 | | |
| BAIN CAPITAL DOUBLE IMPACT FUND LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JORDAN D WEISS<br>THE NEW YORK TIMES BLDG, 620 EIGHTH AVE<br>NEW YORK, NY 10018 | | Claim Number: 20047<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ESQUARED HOSPITALITY LLC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN WALTER W GOULDSBURY III<br>1204 N KING ST<br>WILMINGTON, DE 19801 | | Claim Number: 20048<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |
| UNSECURED | Claimed: | $529,251.29 | | |

| | | | | |
|---|---|---|---|---|
| BAIN CAPITAL DOUBLE IMPACT LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JORDAN D WEISS<br>THE NEW YORK TIMES BLDG, 620 EIGHTH AVE<br>NEW YORK, NY 10018 | | Claim Number: 20049<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| STACY ASSOCIATE DASARO<br>GOODWIN PROCTER LLP<br>ATTN: JORDAN D. WEISS<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | | Claim Number: 20050<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC.<br>Comments: WITHDRAWN<br>DOCKET: 227 (02/15/2021) | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ESQUARED HOSPITALITY LLC<br>C/O CIARDI CIARDI & ASTIN<br>ATTN WALTER W GOULDSBURY III, ESQ<br>1204 N KING ST<br>WILMINGTON, DE 19801 | | Claim Number: 20051<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP LLC | | |

| UNSECURED | Claimed: | $529,251.29 | Scheduled: | $75,931.14 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SAMANTHA WASSER A/K/A SAMANTHA HABER<br>C/O CIARDI CIARDI & ASTIN<br>ATTN WALTER W GOULDSBURY III, ESQ<br>1204 N KING ST<br>WILMINGTON, DE 19801 | | Claim Number: 20052<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |

| PRIORITY | Claimed: | $13,650.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $317,504.00 | Scheduled: | $0.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| CHAO, CECILIA<br>C/O GOODWIN PROCTER LLP<br>ATTN JORDAN D WEISS<br>THE NEW YORK TIMES BLDG, 620 EIGHTH AVE<br>NEW YORK, NY 10018 | | Claim Number: 20053<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. | | |

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| SAMANTHA WASSER A/K/A SAMANTHA HABER<br>C/O CIARDI CIARDI & ASTIN<br>ATTN WALTER W GOULDSBURY III, ESQ<br>1204 N KING ST<br>WILMINGTON, DE 19801 | Claim Number: 20054<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP LLC |
|---|---|

| PRIORITY | Claimed: | $13,650.00 |
|---|---|---|
| UNSECURED | Claimed: | $317,504.00 |

| COOK, TODD<br>C/O GOODWIN PROCTER LLP<br>ATTN JORDAN D WEISS<br>THE NEW YORK TIMES BLDG, 620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 20055<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KF-CHLOE LLC<br>C/O KITCHEN FUND LP<br>ATTN GREGORY GOLKIN<br>500 PARK AVE, 4TH FL<br>NEW YORK, NY 10022 | Claim Number: 20056<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| KITCHEN FUND LP<br>ATTN GREGORY GOLKIN<br>500 PARK AVE, 4TH FL<br>NEW YORK, NY 10022 | Claim Number: 20057<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BCIP DOUBLE IMPACT ASSOCIATES LP<br>C/O GOODWIN PROCTER LLP<br>ATTN JORDAN D WEISS<br>THE NEW YORK TIMES BLDG, 620 EIGHTH AVE<br>NEW YORK, NY 10018 | Claim Number: 20058<br>Claim Date: 02/12/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SYSCO METRO NEW YORK LLC
C/O JACK LUNDSTEDT
24500 HWY 290
CYPRESS, TX 77429

Claim Number: 20059
Claim Date: 02/12/2021
Debtor: BC HOSPITALITY GROUP INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $31,009.77 | | |
| UNSECURED | Claimed: | $50,684.65 | | |

---

SYSCO BOSTON LLC
C/O JACK LUNDSTEDT
24500 HWY 290
CYPRESS, TX 77429

Claim Number: 20060
Claim Date: 02/12/2021
Debtor: BC BACK BAY LLC

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $9,449.62 | | |
| UNSECURED | Claimed: | $18,939.53 | Scheduled: | $17,920.12 |

---

SYSCO LOS ANGELES INC
C/O JACK LUNDSTEDT
24500 HWY 290
CYPRESS, TX 77429

Claim Number: 20061
Claim Date: 02/12/2021
Debtor: BC SILVER LAKE LLC

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $529.50 | | |
| UNSECURED | Claimed: | $2,130.22 | Scheduled: | $2,577.79 |

---

RAZA, ABDULLAH
C/O WONG FLEMING PC
821 ALEXANDER RD, #200
PRINCETON, NJ 08540

Claim Number: 20062
Claim Date: 02/12/2021
Debtor: E2 SEAPORT LLC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $525,000.00 |

---

ONDECK LOGISTICS INC
3377 BETHEL RD SE, #107-132
PORT ORCHARD, WA 98366

Claim Number: 20063
Claim Date: 02/23/2021
Debtor: BC HOSPITALITY GROUP INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,110.00 |

---

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT, HO2-R, HOME OFFICE<br>HARTFORD, CT 06155 | Claim Number: 20064<br>Claim Date: 02/26/2021<br>Debtor: BC HOSPITALITY GROUP INC. | |
| UNSECURED | Claimed: | $0.00   UNDET |
| NORTHEAST ELECTRICAL & MECHANICAL<br>PO BOX 736<br>WALPOLE, MA 02081 | Claim Number: 20065<br>Claim Date: 03/04/2021<br>Debtor: BC BACK BAY LLC | |
| UNSECURED | Claimed: | $1,550.00 |
| LAMORTE, JULIE L<br>183 FISHER ST<br>WALPOLE, MA 02081 | Claim Number: 20066<br>Claim Date: 03/04/2021<br>Debtor: E2 SEAPORT LLC | |
| UNSECURED | Claimed: | $1,100.00 |
| LAMORTE, JULIE L<br>183 FISHER ST<br>WALPOLE, MA 02081 | Claim Number: 20067<br>Claim Date: 03/04/2021<br>Debtor: CCSW FENWAY LLC | |
| UNSECURED | Claimed: | $604.54 |
| NJ DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON, NJ 08695-0245 | Claim Number: 20068<br>Claim Date: 03/05/2021<br>Debtor: BC COMMISSARY NJ LLC | |
| PRIORITY | Claimed: | $8,500.00   UNLIQ |

| | | |
|---|---|---|
| GORDON, ALEXANDRA<br>C/O CAITLIN ROBIN & ASSOCIATES PLLC<br>30 BROAD ST, STE 702<br>NEW YORK, NY 10004 | | Claim Number: 20069<br>Claim Date: 03/25/2021<br>Debtor: BC HOSPITALITY GROUP INC. |
| UNSECURED | Claimed: | $0.00   UNDET |
| CITY OF PROVIDENCE, RI<br>ATTN LAW DEPARTMENT<br>PROVIDENCE CITY HALL<br>444 WESTMINSTER ST, STE 220<br>PROVIDENCE, RI 02903 | | Claim Number: 20070<br>Claim Date: 04/05/2021<br>Debtor: BC PROVIDENCE LLC |
| PRIORITY | Claimed: | $14,315.66 |
| NYC DEPT OF FIINANCE<br>375 PEARL ST, 27TH FL<br>NEW YORK, NY 10038 | | Claim Number: 20071<br>Claim Date: 04/28/2021<br>Debtor: BCRC LLC |
| PRIORITY | Claimed: | $14,696.56 |

BC HOSPITALITY GROUP INC.
Numerical Claims Register for BC HOSPITALITY GROUP INC (ALL DEBTORS)

Date: 05/05/2021

## Summary Page

Total Number of Filed Claims:          133

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $116,363.38 | $0.00 |
| Priority: | $1,767,405.17 | $0.00 |
| Secured: | $531,222.77 | $0.00 |
| Unsecured: | $29,924,268.57 | $0.00 |
| Total: | $32,339,259.89 | $0.00 |