# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BC Hospitality Group, Inc., et al.[1] | Chapter 11 (Subchapter V)<br><br>Case No. 20-13103 (BLS) |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

  I, Jami B. Nimeroff, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was dismissed (or converted, as applicable) with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on April 27, 2021 the Court ordered compensation of $42,685.00 be awarded to the trustee.  These funds were paid by the debtor to the trustee on April 28, 2021.  I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal (or conversion, as applicable).  I request that I be discharged from any further duties as trustee.

Date:  May 14, 2021
   Wilmington, Delaware

/s/ Jami B. Nimeroff
Jami B. Nimeroff, Esquire (DE Id. 4049)
**BROWN MCGARRY NIMEROFF LLC**
Two Penn Center, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
T:  (267) 861-5330

and

919 N. Market Street, Suite 420
Wilmington, Delaware  19801
T:  (302) 428-8142
Email: jnimeroff@bmnlawyers.com

*Subchapter V Trustee*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: BC Hospitality Group Inc. (8766); BC Hospitality Group LLC (9360); BC International LLC (1356); BC Commissary NJ LLC (0230); E2 185 Bleecker LLC (6862); E2 60 West 22nd Street LLC (9567); E2 Lafayette LLC (7419); BC Williamsburg LLC (8277); BCRC LLC (7297); CW SSS LLC (9958); BC Union Square LLC (5172); BC 1385 Broadway LLC (2138); BC 630 Lexington LLC (3202); CCSW Fenway LLC (5517); E2 Seaport LLC (9720); BC Back Bay LLC (0550); BC Providence LLC (0737); BC Silver Lake LLC (2825); BC Century City LLC (0901); and BC West Hollywood LLC (3878). The Debtors' mailing address is 205 Hudson Street, Suite 1001, New York, New York 10013.

**CERTIFICATE OF SERVICE**

      I, Jami B. Nimeroff, hereby certify that on this 14th day of May, 2021, I caused a true and correct copy of the foregoing to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom. The document is available for viewing and downloading.

                                                        */s/ Jami B. Nimeroff*
                                                        Jami B. Nimeroff